UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Bankruptcy Case No. 11-10160 (KG) |
| ROBERT N. MICHAELSON, as Trustee of the Appleseed's Litigation Trust,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOLDEN GATE PRIVATE EQUITY, INC., *et al.*,<br><br>　　　　Defendants. | Adv. Proc. No. 11-51847 (KG)<br>**ORDER GRANTING FBK DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE (Dkt. No. 21)** |
| ROBERT N. MICHAELSON, as Trustee of the Appleseed's Litigation Trust,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOLDEN GATE PRIVATE EQUITY, INC., *et al.*,<br><br>　　　　Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>Civ. No. 11-807 (JEI/KM)<br><br>**ORDER GRANTING FBK DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE (Dkt. No. 1)** |

**APPEARANCES:**

1

```
DRINKER BIDDLE & REATH LLP
Howard A. Cohen
Richard S. Kanowitz
1100 North Market Street
Suite 1000
Wilmington, DE 19801
     Counsel for Plaintiff and Golden Gate Defendants

BLANK ROME LLP
Elizabeth A. Sloan
1201 North Market Street
Suite 800
Wilmington, DE 19801
     Counsel for Defendants Jeffrey Farmer, Bradford Farmer,
Brent Bostwick, and Vito Kowalchuk

RICHARDS, LAYTON & FINGER, PA
Drew Gerard Sloan
Robert J. Stearn, Jr.
Mark David Collins
One Rodney Square
920 N. King Street
Wilmington, DE 19801
     Counsel for Golden Gate Defendants
```

**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon Defendants Defendants Bradford J. Farmer, Brent Bostwick, Jeffrey D. Farmer, and Vito Kowalchuk's ("FBK Defendants") Motion to Withdraw the Reference and Determine Core/Non-Core Status (Civ. No. 11-807, Dkt. No. 1; Adv. Proc. No. 11-51847, Dkt. No. 21-23); the Court having reviewed the submissions of the parties; for the reasons set forth in an Opinion issued on even date herewith; and for good cause appearing;

**IT IS** on this ~~14th~~ day of December, 2011,

**ORDERED THAT**:

(1) The FBK Defendants' Motion to Withdraw the Reference is hereby **GRANTED**.

(2) Having withdrawn the reference, the core/non-core status is no longer relevant for any purpose presently before the Court and will be **DISMISSED** without prejudice to re-file at a later date.

(3) The Clerk of the Court is hereby directed to close this case (Civ. No. 11-807) and withdraw the reference to Bankruptcy Court of Adv. Proc. No. 11-51847.

---
JOSEPH E. IRENAS, S.U.S.D.J.