# U N I T E D   S T A T E S   D I S T R I C T   C O U R T
## DISTRICT OF NEW JERSEY

### OFFICE OF THE CLERK
*Martin Luther King Jr. Federal Bldg & U.S. Courthouse*
*50 Walnut Street, P.O. BOX 419*
*Newark , N.J. 07101*



***CAMDEN OFFICE***
*Mitchell H. Cohen U.S. Courthouse*
*One John F. Gerry Plaza*
*Fourth & Cooper Streets Room 1050*
*Camden, N.J. 08101*

***TRENTON OFFICE***
*Clarkson S. Fisher U.S. Courthouse*
*402 East State Street Room 2020*
*Trenton, N.J. 08608*

Reply to:    CAMDEN OFFICE

To All Counsel

Re: Michaelson, et al v. Farmer, et al
    Civil 11-807 (JEI-KMW)

Dear Counsel:

Please be advised that oral argument on all motions to dismiss (specifically Documents 19, 21, 23, 25, and 32) has been scheduled for Wednesday, February 22, 2012 at 9:30 A.M. before the Honorable Joseph E. Irenas at the Mitchell H. Cohen U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey, Courtroom 5A. Please adjust your calendars accordingly.

Very truly yours,

WILLIAM T. WALSH, CLERK

By:  s/ Dolores Seksnel
     Deputy Clerk