UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al*,<br><br>      Debtors<br>_____<br><br>ROBERT N. MICHAELSON, as Trustee of the Appleseed's Litigation Trust,<br><br>      Plaintiff,<br><br>    v.<br><br>JEFFREY D. FARMER, et al.,<br><br>      Defendants. | Chapter 11<br><br>Case No. 11-10160 (KG)<br><br><br><br>HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 11-807 (JEI/KMW)<br><br>**AMENDED ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS (Dkt. Nos. 19, 21, 23, 25) AND PLAINTIFF'S MOTION TO SEAL (Dkt. No. 32)** |

**APPEARANCES:**

DRINKER BIDDLE & REATH LLP
Howard A. Cohen
1100 North Market Street
Suite 1000
Wilmington, DE 19801
    and
COOLEY LLP
Jay R. Indyke
Cathy Hershcopf
Richard S. Kanowitz
1114 Avenue of the Americas
New York, NY 10036
    Counsel for Plaintiff

BLANK ROME LLP
Elizabeth A. Sloan and Ian Comisky
1201 North Market Street
Suite 800
Wilmington, DE 19801
    Counsel for Defendants Jeffrey D. Farmer, Bradford J. Farmer, Brent Bostwick, and Vito Kowalchuk

RICHARDS, LAYTON & FINGER, PA
Drew Gerard Sloan, Robert J. Stearn, Jr. and Mark David Collins
One Rodney Square
920 N. King Street
Wilmington, DE 19801
    and
MILBANK, TWEED, HADLEY & McCLOY LLP
Robert Jay Moore and Linda Dakin-Grimm
601 S. Figueroa Street, 30th Floor
Los Angeles, Ca 90017
    and
MILBANK, TWEED, HADLEY & McCLOY LLP
Sander Bak and Andrew W. Robertson
1 Chase Manhattan Plaza
New York, NY 10005
    Counsel for Golden Gate Defendants (Defined below)

MORRIS JAMES LLP
Carl N. Kunz, III
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
    Counsel for Defendant Karinn Kelly

PEPPER HAMILTON, LLP
David M. Fournier
1313 market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899
    Counsel for Defendants Webster Capital Founders Fund LP, Wester II LLC and Webster III LLC

**IRENAS**, Senior District Judge, sitting by designation:

    This matter having appeared before the Court upon Defendants' Motions to Dismiss (Dkt. Nos. 19, 21, 23, 25) and Plaintiff's Motion to Seal (Dkt. No. 32); the Court having reviewed the parties' submissions; for the reasons appearing in an opinion issued on even date herewith; and for good cause appearing;[1]

---

[1] This Amended Order and Opinion reflect the appearances of all counsel in this matter.

**IT IS** on this __7th__ day of March, 2012,

**ORDERED THAT:**

(1) Defendants' Motions to Dismiss are hereby **DENIED**.

(2) Plaintiff's Motion to Seal is hereby **DENIED**.

(3) All previous Motions to Seal in this adversary proceeding are hereby **VACATED**. The Clerk of the Court shall unseal those materials.

                                          /s/ Joseph E. Irenas

                                          **JOSEPH E. IRENAS, S.U.S.D.J.**