# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*,<br><br>                    Debtors.<br><br>Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>                    Plaintiff,<br>v.<br><br>Jeffrey D. Farmer, *et al.*,<br><br>                    Defendants. | Chapter 11<br><br>Case No. 11-10160 (KG)<br><br>Jointly Administered<br><br><br><br><br>Civil Action No. 11-807 (JEI/KM) |

## STIPULATION AND ORDER EXTENDING DEADLINE TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the time for the Golden Gate Defendants[1] and the Webster Defendants[2] to answer the April 27, 2011 Complaint of Plaintiff Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, is extended through and including March 29, 2012.

---

[1] The "Golden Gate Defendants" are the following entities and individuals: Golden Gate Private Equity, Inc.; Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation (formally known as Appleseed's Topco, Inc.); Orchard Brands Topco LLC; Catalog Holdings, LLC; Catalog Holdings, LLC – Series B (Draper's); Catalog Holdings, LLC – Series C (Appleseed's); Catalog Holdings, LLC – Series D (NTO); Catalog Holdings, LLC – Series E (Haband); Golden Gate Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate Capital Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC; CCG AV, LLC – Series C (GGC Co-Invest); CCG AV, LLC – Series I (Bain); CCG AV, LLC – Series K (K&E); CCG AV, LLC – Series K; Joshua Olshansky; Stefan Kaluzny; Jim Brewster; Geralynn Madonna; and Charles Slaughter in his individual capacity and as Trustee of The Charles Lewis Slaughter Trust dated December 9, 2003.

[2] The "Webster Defendants" are Webster Capital Founders' Fund, LP, Webster II, LLC, and Webster III, LLC.

Dated: March 13, 2012

| | |
|---|---|
| **DRINKER BIDDLE & REATH LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |

*/s/ Howard A. Cohen*
Howard A. Cohen (No. 4082)
1100 North Market Street
Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
E-mail: howard.cohen@dbr.com

-and-

**COOLEY LLP**
Jay R. Indyke
Richard S. Kanowitz
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
E-mail: jindyke@cooley.com
         rkanowitz@cooley.com

*Counsel for the Litigation Trustee*

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: Collins@rlf.com
       Stearn@rlf.com
       Sloan@rlf.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Linda Dakin-Grimm (*pro hac vice*)
Sander Bak (*pro hac vice*)
1 Chase Manhattan Plaza, 46th Floor
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ldakin-grimm@milbank.com
       sbak@milbank.com

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Robert J. Moore (*pro hac vice*)
David B. Zolkin (*pro hac vice*)
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email: rmoore@milbank.com
       dzolkin@milbank.com

*Counsel for the Golden Gate Defendants*

RLF1 5903602v. 1

-and-

**PEPPER HAMILTON LLP**

*/s/ David M. Fournier*
David M. Fournier (No. 2812)
Michael J. Custer (No. 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: fournierd@pepperlaw.com
       custerm@pepperlaw.com

-and-

**GOODWIN PROCTER LLP**
Michael J. Pappone (*Pro Hac Vice*)
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: mpappone@goodwinprocter.com

**GOODWIN PROCTER LLP**
Andrew B. Levin, Esq., (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: alevin@goodwinprocter.com

*Counsel for the Webster Defendants*

## ORDER GRANTING STIPULATION

IT IS HEREBY SO ORDERED on this _____ day of _____, 2012.

_____
United States District Judge