## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| APPLESEED'S INTERMEDIATE HOLDINGS, ) | |
| LLC, *et al.*, ) | Case No. 11-10160 (KG) |
| ) | |
| ) | |
| Robert N. Michaelson, as Trustee of the ) | |
| Appleseed's Litigation Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-807 (JEI/KM) |
| ) | |
| Golden Gate Private Equity, Inc., a Delaware ) | |
| Corporation, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER EXTENDING DEADLINE TO ANSWER COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the time for Defendants, Jeffrey D. Farmer, Bradford J. Farmer, Brent Bostwick and Vito Kowalchuk, to answer, raise defenses and to bring cross claims and counterclaims with respect to the April 27, 2011 Complaint of Plaintiff Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, is extended through and including March 29, 2012.

Dated: March 15, 2012

*[Counsels ' signature page follows]*

| | |
|---|---|
| **DRINKER BIDDLE & REATH LLP** | **BLANK ROME LLP** |
| | |
| _/s/ Howard A. Cohen_ | _/s/ Elizabeth A. Sloan_ |
| Howard A. Cohen (No. 4082) | Elizabeth A. Sloan (No. 5045) |
| 1100 North Market Street | 1201 N. Market Street, Suite 800 |
| Suite 1000 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 425-6472 |
| Telephone: (302) 467-4200 | Facsimile: (302) 425-6464 |
| Facsimile: (302) 467-4201 | E-Mail: sloan@blankrome.com |
| E-mail: howard.cohen@dbr.com | |
| | |
| -and- | -and- |
| | |
| **COOLEY LLP** | **BLANK ROME LLP** |
| Jay R. Indyke | Ian M. Comisky |
| Richard S. Kanowitz | Earl M. Forte |
| 1114 Avenue of the Americas | One Logan Square |
| New York, NY 10036 | 130 North 18th Street |
| Telephone: (212) 479-6000 | Philadelphia, PA 19103 |
| Facsimile: (212) 479-6275 | Telephone: (215) |
| E-mail: jindyke@cooley.com | Facsimile: (215) |
|         rkanowitz@cooley.com | E-mail: Comisky-im@blankrome.com |
| |         forte@blankrome.com |
| | |
| _Counsel for the Litigation Trustee_ | _Counsel for Defendants Jeffrey Farmer, Brent Bostwick, Bradford Farmer and Vito Kowalchuk_ |

**SO ORDERED** on this _____ day of _____, 2012.

_____
United States District Court Judge