## **CERTIFICATE OF SERVICE**

I, David M. Fournier, hereby certify that on the 29th day of March, 2012, I caused the **Answer and Affirmative Defenses of The Webster Defendants** to be served upon the following parties in the manner indicated.

| | |
|---|---|
| Howard A. Cohen, Esq.<br>Robert K. Malone, Esq.<br>Michael P. Pompeo, Esq.<br>Drinker Biddle & Reath LLP<br>1100 North Market Street<br>Suite 1000<br>Wilmington, Delaware 19801<br>**Hand Deliver**<br>**Email: howard.cohen@dbr.com,**<br>**robert.malone@dbr.com,**<br>**michael.pompeo@dbr.com** | Jay R. Indyke, Esq.<br>Cathyer Herschcopf, Esq.<br>Richard S. Kanowitz, Esq.<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, New York 10036<br>**First-Class Mail**<br>**Email: jindyke@cooley.com,**<br>**cherschcopf@cooley.com,**<br>**rkanowitz@cooley.com** |
| Elizabeth A. Sloan, Esq.<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, Delaware 19801<br>**Hand Deliver**<br>**Email: sloan@blankrome.com** | Ian M. Comisky, Esq.<br>Earl M. Forte, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, Pennsylvania 19103<br>**First-Class mail**<br>**Email: comsiky-im@blankrome.com,**<br>**forte@blankrome.com** |
| Carl N. Kunz, III, Esq.<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>**Hand Deliver**<br>**Email: ckunz@morrisjames.com** | Mark D. Collins, Esq.<br>Robert J. Stearn, Jr., Esq.<br>Drew G. Sloan, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>**Hand Deliver**<br>**Email: collis@rlf.com, stearn@rlf.com,**<br>**dsloan@rlf.com** |
| Charles Slaughter<br>Charles Slaughter as Trustee of The Charles Slaughter Trust<br>Dated December 9, 2003<br>530 E.86[th] Street<br>#14B<br>New York, New York 10028<br>**First-Class Mail** | Charles Slaughter<br>Charles Slaughter as Trustee of The Charles Slaughter Trust<br>Dated December 9, 2003<br>694 Sausalito Boulevard<br>Sausalito, California 94965<br>**First-Class Mail** |

#15874983 v2

| | |
|---|---|
| Sander Bak, Esq.<br>Andrew Robertson, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza, 46th Floor<br>New York, New York 10005<br>**First-Class Mail**<br>**Email: sbak@milbank.com** | Robert J. Moore, Esq.<br>Linda Dakin-Grimm, Esq.<br>David B. Zolkin, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 S.Figueroa Street<br>30th Floor<br>Los Angeles, California 90017<br>**First-Class Mail**<br>**Email: rmoore@milbank.com,**<br>**ldakin@milbank.com,**<br>**dzolkin@milbank.com** |

 /s/ David M. Fournier
David M. Fournier (DE No. 2812)

#15874983 v2