**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*, | ) ) ) | Case No. 11-10160 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | ) ) ) | |
| | ) | Civ. No. 11-807 (JEI/KM) |
| Plaintiff, | ) | |
| v. | ) ) | |
| Jeffrey D. Farmer, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |
| | ) | |
| Golden Gate Private Equity, Inc., *et al.*, | ) ) | |
| Counterclaim Plaintiffs, | ) ) ) | Civ. No. 11-807 (JEI/KM) |
| v. | ) ) | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | ) ) ) | |
| Counterclaim-Defendant. | ) ) ) ) | |

## THE FBK DEFENDANTS' RULE 7.1.1 CERTIFICATION

Undersigned counsel to Defendants, Jeffery D. Farmer, Bradford J. Farmer, Brent Bostwick and Vito Kowalchuk (collectively, the "FBK Defendants") hereby certifies, pursuant to Delaware Local Rule 7.1.1, that with respect to the "Motion of FBK Defendants To Extend Time To File Counterclaims, Crossclaims and Third-Party Claims" [D.I. 51] (the "Motion") filed on

1

April 13, 2012, counsel to the FBK Defendants spoke by telephone with Richard S. Kanowitz, Esquire, counsel to the Plaintiff, Robert N. Michaelson (the "Plaintiff"), on April 12, 2012, and requested that the Plaintiff agree to the relief sought in the Motion. While Plaintiff's counsel indicated that he was not opposed to the FBK Defendants' request, no final agreement was reached and therefore the FBK Defendants filed the Motion with the Court.

        Respectfully submitted,

        BLANK ROME LLP

Dated: April 25, 2012        By: */s/ Elizabeth A. Sloan*
        Elizabeth A. Sloan (# 5045)
        1201 Market Street, Suite 800
        Wilmington, DE 19801
        Tel.: (302) 425-6400
        Fax: (302) 425-6464
        E-mail: sloan@blankrome.com

        And

        BLANK ROME LLP
        Ian M. Comisky, Esq.
        Earl M. Forte, Esq.
        130 N. 18th Street
        One Logan Square
        Philadelphia, PA 19103
        Tel.: (215) 569-5618
        Email: Comisky-im@blankrome.com
        Email: forte@blankrome.com

        *Attorneys for Defendants, Jeffrey D. Farmer, Bradford J. Farmer, Brent Bostwick and Vito Kowalchuk*