**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.* | : Case No. 11-10160 (KG) |
| Debtors. | : |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | : Civil Action No. 11-807 (JEI/KW) |
| Plaintiff, | : |
| v. | : |
| Golden Gate Private Equity, Inc., *et al.*, | : |
| Defendants. | : |
| Golden Gate Private Equity, Inc., *et al.*, | : Civil Action No. 11-807 (JEI/KW) |
| Counterclaim-Plaintiffs, | : |
| v. | : |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | : |
| Counterclaim-Defendant. | : |

**TRUSTEE'S RESPONSE TO THE MOTION OF FBK DEFENDANTS TO EXTEND TIME TO FILE COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY CLAIMS**

Plaintiff Robert N. Michaelson, as Trustee ("Trustee") of the Appleseed's Litigation Trust, by and through his undersigned counsel, hereby responds to the motion (the "Motion") [D.I. 51] dated April 13, 2012 of Defendants Jeffrey D. Farmer, Bradford J. Farmer, Brent Bostwick, and Vito Kowalchuk (collectively, the "FBK Defendants") to extend by thirty (30)

calendar days the time by which they may file counterclaims, crossclaims, and third-party claims.

The Trustee does not object to the relief requested by the FBK Defendants in the Motion. On April 13, 2012, counsel for the Trustee informed counsel for the FBK Defendants that the Trustee consented to the extension sought by the FBK Defendants. Nevertheless, counsel for the FBK Defendants filed the Motion, apparently out of an abundance of caution due to uncertainty over whether the Trustee had authority to grant an extension with respect to the assertion of crossclaims or third-party claims. To the extent appropriate, the Trustee hereby reaffirms that he consents to the relief requested by the FBK Defendants in the Motion.

Dated  April 27, 2012

DRINKER BIDDLE & REATH LLP

By: /s/ Howard A. Cohen
Howard A. Cohen (#4082)
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: 302-467-4200
Facsimile: 302-467-4201
Email: howard.cohen@dbr.com

- and -

COOLEY LLP

Jay R. Indyke (jindyke@cooley.com)
Cathy Hershcopf (chershcopf@cooley.com)
Richard S. Kanowitz (rkanowitz@cooley.com)
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7798
Telephone: 212-479-6000
Facsimile:  212-479-6725

*Counsel for Plaintiff, Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust*