# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*, | Case No. 11-10160 (KG) |
| Debtors. | Jointly Administered |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | |
| Plaintiff, | Civ. No. 11-807 (JEI/KM) |
| v. | |
| Jeffrey D. Farmer, *et al.*, | |
| Defendants. | |
| Golden Gate Private Equity, Inc., *et al.*, | |
| Counterclaim Plaintiffs, | Civ. No. 11-807 (JEI/KM) |
| v. | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | |
| Counterclaim-Defendant. | |

## ORDER GRANTING MOTION OF FBK DEFENDANTS TO EXTEND TIME TO FILE COUNTERCLAIMS, CROSSCLAIMS AND THIRD- PARTY CLAIMS

Upon Consideration of the Motion of Defendants, Jeffrey D. Farmer, Bradford J. Farmer, Brent Bostwick and Vito Kowalchuk (collectively, the "FBK Defendants") to Extend Time To File Counterclaims, Cross-claims and Third-Party Claims (the "Motion") filed on April 13, 2012, it is hereby

1

136419.00601/22120112v.1

ORDERED that Defendants, Jeffry D. Farmer, Bradford J. Farmer, Brent Bostwick and Vito Kowalchuk are granted until May 14, 2012 to file any counterclaims and crossclaims they may have and until fourteen (14) calendar days from the date they file any such counterclaims and crossclaims, to file any third-party claims they may have.

BY THE COURT

Dated: April 30, 2012

KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

136419.00601/22120112v.1