# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 11-807-JEI |
| v. ) ) | |
| Jeffrey D. Farmer, et al., ) ) | Bankruptcy Case No. 11-10160 KG ADV Pro. 11-51847 KG |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael Klein, Esq. to represent Plaintiff Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, in the above-captioned matter.

Dated: May 18, 2012

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Plaintiff Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust

WM01/ 7905758.1

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the United States District Court for the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 18, 2012

Michael Klein, Esq.
COOLEY LLP
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7798
Telephone: (212) 479-6461
Facsimile: (212) 479-6275

WM01/ 7905758.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 11-807-JEI |
| v. ) ) | |
| Jeffrey D. Farmer, et al., ) ) | Bankruptcy Case No. 11-10160 KG ADV Pro. 11-51847 KG |
| Defendants. ) | |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael Klein, Esq. is granted on this ____ day of _____ 2012.

_____
KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

WM01/ 7905758.1