IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| APPLESEED'S INTERMEDIATE HOLDINGS, LLC, | Case No. 11-10160 (KG) |
| Debtor. | Jointly Administered |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | Civ. No. 11-807 (JEI/KM) |
| Plaintiff, | |
| v. | |
| Jeffrey D. Farmer, *et al.*, | |
| Defendants. | |
| Golden Gate Private Equity, Inc., *et al.* | |
| Counterclaim-Plaintiffs, | Civ. No. 11-807 (JEI/KM) |
| v. | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | |
| Counterclaim-Defendant. | |

## NOTICE OF SERVICE

*PLEASE TAKE NOTICE* that the undersigned hereby certifies that on June 1, 2012 a copy of THE FBK DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)(A) were served electronically upon all counsel of record.

136419.00601/40201498v.1

BLANK ROME LLP

/s/ Elizabeth A. Sloan
Elizabeth A. Sloan (DE # 5045)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: sloan@blankrome.com

-and-

BLANK ROME LLP
Ian M. Comisky, Esq.
Earl M. Forte, Esq.
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Comisky-im@blankrome.com
           forte@blankrome.com

*Attorneys for Defendants, Jeffrey D. Farmer, Bradford J. Farmer, Brent Bostwick and Vito Kowalchuk*

Dated: June 1, 2012