**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10160 (KG)<br><br>Jointly Administered |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>Plaintiff,<br>v.<br><br>Jeffrey D. Farmer, *et al.*,<br><br>Defendants. | Civ. No. 11-807 (JEI/KM) |
| Golden Gate Private Equity, Inc., *et al.*,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>Counterclaim-Defendant. | Civ. No. 11-807 (JEI/KM) |

**NOTICE OF SERVICE**

I, David M. Fournier, hereby certify that on the 1st day of June, 2012, I caused **The Webster Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)** and this **Notice of Service** to be served upon the parties on the attached service list by first-class mail, postage prepaid, or in the manner indicated.

Dated: June 1, 2012
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

By: /s/ David M. Fournier
David M. Fournier (DE No. 2812)
Michael J. Custer (DE No. 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: fournied@pepperlaw.com
custerm@pepperlaw.com
-and-

GOODWIN PROCTER LLP
Michael J. Pappone (*Pro Hac Vice*)
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email:
mpappone@goodwinprocter.com

GOODWIN PROCTER LLP
Andrew B. Levin, Esq., (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: alevin@goodwinprocter.com

*Counsel for the Webster Defendants*

Howard A. Cohen, Esq.
Joseph N. Argentina, Jr. , Esq.
Robert K. Malone, Esq.
Michael P. Pompeo, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801
**Hand Deliver**

Jay R. Indyke, Esq.
Cathy Hershcopf, Esq.
Richard S. Kanowitz, Esq.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801
**Hand Deliver**

Theresa A. Foudy, Esq.
Steven J. Reisman, Esq.
Joseph D. Pizzurro, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061

Linda Dakin-Grimm, Esq.
Robert J. Moore, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017-5735

Sander Bak, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Mark D. Collins, Esq.
Robert Stearn, Esq.
Drew G. Sloan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Hand Deliver**

Carl N. Kunz, III, Esq.
Courtney R. Hamilton, Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
**Hand Deliver**

Elizabeth A. Sloan, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
**Hand Deliver**

Ian M. Comisky, Esq.
Earl M. Forte, Esq.
Blank Rome LLP
130 North 18th Street
One Logan Square
Philadelphia, PA 19103