# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*, | Case No. 11-10160 (KG) |
| Debtors. | Jointly Administered |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | |
| Plaintiff, v. | Civ. No. 11-807 (JEI/KM) |
| Jeffrey D. Farmer, *et al.*, | |
| Defendants. | |

STATE OF DELAWARE     :
                     : SS.
NEW CASTLE COUNTY    :

      Janel R. Gates, being duly sworn according to law, deposes and says that she is employed as a Paralegal at the law firm of Richards, Layton & Finger, P.A., and that on the 1st day of June, 2012 she caused copies of the following to be served upon the parties set forth on the attached service list in the manner indicated on <u>Exhibit A</u>:

- **Stipulation and [Proposed] Scheduling Order** [Docket No. 68]

                                                       /s/ Janel R. Gates
                                                       Janel R. Gates, Paralegal
                                                       RICHARDS, LAYTON & FINGER, P.A.
                                                       One Rodney Square
                                                       P.O. Box 551
                                                       Wilmington, DE 19899
                                                       (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 15th day of June, 2012.

/s/ Lesley G. Morris
Notary Public

[Notary Seal: LESLEY G. MORRIS, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES MARCH 22, 2013]

RLF1 6076388v.1

## EXHIBIT A
(Via First Class Mail (non-local) or Hand Delivery (local))

DRINKER BIDDLE & REATH LLP
Howard A. Cohen
1100 North Market Street
Suite 1000
Wilmington, DE 19801

DRINKER BIDDLE & REATH LLP
Michael P. Pompeo
Robert K. Malone
500 Campus Drive
Florham Park, NJ 07932-1047

BLANK ROME LLP
Elizabeth A. Sloan
1201 Market Street
Suite 800
Wilmington, DE 19801

BLANK ROME LLP
Ian M. Comisky
Earl M. Forte
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103

MORRIS JAMES LLP
Carl N. Kunz, III
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

COOLEY LLP
Richard S. Kanowitz
Jay R. Indyke
Cathy R. Hershcopf
1114 Avenue of the Americas
New York, NY 10036

PEPPER HAMILTON LLP
David M. Fournier
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

GOODWIN PROCTER LLP
Andrew B. Levin
620 Eighth Avenue
New York, NY 10018

GOODWIN PROCTER LLP
Michael J. Pappone
53 State Street
Boston, MA 02109