**DrinkerBiddle&Reath**
L L P

Howard A. Cohen
302-467-4213
howard.cohen@dbr.com

Law Offices
1100 North Market Street
Suite 1000
Wilmington, DE
19801-1254

302-467-4200 phone
302-467-4201 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

Established 1849

June 4, 2012

**By Federal Express, Facsimile and CM/ECF**

The Honorable Karen M. Williams
United States Magistrate Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

  RE: *Michaelson v. Golden Gate Private Equity, Inc. et al.*, Civ. No. 11-807
     (JEI/KM) (D. Del.)

Dear Judge Williams:

  My firm is co-counsel for Robert N. Michaelson, Trustee of the Appleseed's Litigation Trust and Plaintiff in the above-referenced proceeding. As you are aware, on June 1, 2012 [D.I. 68], a proposed form of scheduling order agreed to by all parties in the case was filed on the Court's docket. The parties request that the Court enter the proposed form of scheduling order in its current form at the Court's convenience.

  In addition to reaching an agreement on the terms of a scheduling order, Plaintiff and the Golden Gate defendants have agreed to a mediation of all claims and causes of action and towards this end, former judge, Daniel Weinstein is scheduled to conduct the mediation on June 26 and 27. Accordingly, the parties request that the Court adjourn the scheduling conference presently scheduled for June 7, 2012 and reschedule, if necessary, at the Court's convenience.

Respectfully submitted,

*/s/ Howard A. Cohen*

Howard A. Cohen (DE 4082)

VIA ELECTRONIC MAIL ONLY

cc: Robert N. Michaelson; Jay Indyke
   Robert Moore; Linda Dakin-Gramm
   Sander Bak; Michael Klein
   The Honorable Joseph E. Irenas
   All counsel of record in the District Court Action

WM01/ 7906710.1