IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, <br><br>       Plaintiff, <br>v. <br><br>Jeffrey D. Farmer, et al., <br><br>       Defendants. | ) <br> ) <br> ) Civil Action No. 11-807 JEI/KM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Bankruptcy Case No. 11-10160 KG <br> ) ADV. Pro. 11-51847 KG |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Stephen Wagner of Cohen Tauber Spievack & Wagner P.C., 420 Lexington Avenue, Suite 2400, New York, New York 10170, to represent Golden Gate Private Equity, Inc.; in this matter.

Signed: _____
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
Amanda R. Steele (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: collins@rlf.com
       stearn@rlf.com
       sloan@rlf.com

Attorney for: Golden Gate Private Equity, Inc.

Dated: July 17, 2012

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                The Honorable Karen M. Williams
                                United States Magistrate Judge

RLF1 6280450v. 1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be paid to the Clerk of the Court of the District Court upon the filing of this motion.

Signed: _____

Date: July 17, 2012

Stephen Wagner
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Avenue, Suite 2400
New York, New York 10170
Telephone: (212) 381-8732
Email: swagner@ctswlaw.com

Attorney for: <u>Golden Gate Private Equity, Inc.</u>