# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*, | Case No. 11-10160 (KG) |
| | Jointly Administered |
| Debtors. | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | |
| Plaintiff, | Civ. No. 11-807 (JEI/KM) |
| v. | |
| Jeffrey D. Farmer, *et al.*, | |
| Defendants. | |
| Golden Gate Private Equity, Inc., *et al.*, | |
| Counterclaim-Plaintiffs, | Civ. No. 11-807 (JEI/KM) |
| v. | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | |
| Counterclaim-Defendant. | |

## NOTICE OF SERVICE

I, David M. Fournier, hereby certify that on the 20th day of July, 2012, I caused the following documents to be served upon the parties on the attached service list by electronic mail, first-class mail, postage prepaid, or hand delivery, as indicated on the attached service list.

- The Webster Defendant's First Set of Requests for Production of Documents to Plaintiff Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust

- The Webster Defendant's First Set of Interrogatories to Plaintiff Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust

16181192.1

- The Webster Defendant's First Set of Requests for Admission Documents to Plaintiff Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust

Dated: July 20, 2012
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

By: /s/ David M. Fournier
    David M. Fournier (DE No. 2812)
    Michael J. Custer (DE No. 4843)
    Hercules Plaza, Suite 5100
    1313 N. Market Street
    Wilmington, Delaware 19801
    Telephone: (302) 777-6500
    Facsimile: (302) 421-8390
    Email:   fournied@pepperlaw.com
             custerm@pepperlaw.com

-and-

GOODWIN PROCTER LLP
    Michael J. Pappone (*Pro Hac Vice*)
    Exchange Place
    53 State Street
    Boston, MA 02109
    Telephone: (617) 570-1000
    Facsimile: (617) 523-1231
    Email: mpappone@goodwinprocter.com

GOODWIN PROCTER LLP
    Andrew B. Levin, Esq., (*Pro Hac Vice*)
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018
    Telephone: (212) 813-8800
    Facsimile: (212) 355-3333
    Email: alevin@goodwinprocter.com

*Counsel for the Webster Defendants*

16181192.1

**Hand Deliver and Email**
Howard A. Cohen, Esq.
Joseph N. Argentina, Jr. , Esq.
Robert K. Malone, Esq.
Michael P. Pompeo, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801
**Email: Howard.Cohen@dbr.com,
Joseph.Argentina@dbr.com,
Robert.Malone@dbr.com,
Michael.Pompeo@dbr.com**

**Email and US Mail**
Jay R. Indyke, Esq.
Cathy Hershcopf, Esq.
Richard S. Kanowitz, Esq.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
**Email: jindyke@cooley.com,
chershcopf@cooley.com, rkanowitz@cooley.com**

**Hand Deliver and Email**
Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801
**Email: Richard.Schepacarter@usdoj.gov**

**Email and US Mail**
Theresa A. Foudy, Esq.
Steven J. Reisman, Esq.
Joseph D. Pizzurro, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061
**Email: tfoudy@curtis.com,
sreisman@curtis.com, jpizzurro@curtis.com**

**Email and US Mail**
Robert J. Moore, Esq.
David B. Zolkin, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017-5735
**Email: rmoore@milbank.com,
dzolkin@milbank.com**

**Email and US Mail**
Linda Dakin-Grimm, Esq.
Sander Bak, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
**Email: ldakin-grimm@milbank.com,
sbak@milbank.com**

**Hand Deliver and Email**
Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
Drew G. Sloan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Email: collins@rlf.com, dsloan@rlf.com,
stearn@rlf.com**

**Hand Deliver and Email**
Carl N. Kunz, III, Esq.
Courtney R. Hamilton, Esq.
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
**Hand Deliver**
**Email: ckunz@morrisjames.com,
chamilton@morrisjames.com**

**Hand Deliver and Email**
Elizabeth A. Sloan, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
**Email: sloan@blankrome.com**

**Email and US Mail**
Ian M. Comisky, Esq.
Earl M. Forte, Esq.
Blank Rome LLP
130 North 18th Street
One Logan Square
Philadelphia, PA 19103
**Email: Comisky-IM@BlankRome.com,
forte@blankrome.com**

16181192.1