## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>APPLESEED'S INTERMEDIATE HOLDINGS LLC, *et al.*,<br><br>                              Debtors. | Case No. 11-10160 (KG)<br><br>Chapter 11<br>(Jointly Administered) |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>                              Plaintiff,<br><br>      v.<br><br>Golden Gate Private Equity, Inc., a Delaware corporation, *et al.*,<br><br>                              Defendants. | Civil Action No. 11-807 (JEI/KM) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 20, 2012, Karinn Kelly (the "Defendant"),

served **Karinn Kelly's First Request for Production of Documents Directed to Plaintiff** and

this **Notice of Service** upon the counsel listed below as indicated thereon.

Dated:  July 20, 2012

**MORRIS JAMES LLP**

Carl N. Kunz, III (DE Bar #3201)
Courtney R. Hamilton (DE Bar # 5432)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  ckunz@morrisjames.com
E-mail:  chamilton@morrisjames.com

*Counsel to Karinn Kelly*

5461700/1

**VIA HAND DELIVERY**
Howard A. Cohen, Esq.
Robert K. Malone, Esq.
Michael P. Pompeo, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
E-mail: howard.cohen@dbr.com
E-mail: robert.malone@dbr.com
E-mail: Michael.pompeo@dbr.com
[Counsel for the Plaintiff]

Elizabeth A. Sloan, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
E-mail: sloan@blankrome.com
[Counsel for Defendants Jeffrey Farmer,
Brent Bostwick, Bradford Farmer and Vito
Kowalchuk]

David M. Fournier, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
E-mail: fournierd@pepperlaw.com
[Counsel to Webster Capital Founders' Fund,
LP, Webster II, LLC, and Webster III, LLC]

Mark D. Collins, Esq.
Robert J. Stearn, Jr., Esq.
Drew G. Sloan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
E-mail: collins@rlf.com
E-mail: stearn@rlf.com
E-mail: dsloan@rlf.com
[Counsel to Golden Gate Defendants[*]]

**VIA FIRST CLASS MAIL &
ELECTRONIC MAIL**
Jay R. Indyke, Esq.
Cathy Hershcopf, Esq.
Richard S. Kanowitz, Esq.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
E-mail: jindyke@cooley.com
E-mail: chershcopf@cooley.com
E-mail: rkanowitz@cooley.com
[Counsel for the Plaintiff]

Ian M. Comisky, Esq.
Earl M. Forte, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
E-mail: comisky-im@blankrome.com
E-mail: forte@blankrome.com
[Counsel for Defendants Jeffrey Farmer,
Brent Bostwick, Bradford Farmer and Vito
Kowalchuk]

Andrew B. Levin, Esq.
Michael J. Pappone, Esq.
Goodwin Procter LLP
620 8th Avenue
New York, NY 10018
E-mail: alevin@goodwinproctor.com
E-mail: mpappone@goodwinproctor.com
[Counsel to Webster Capital Founders'
Fund, LP, Webster II, LLC, and Webster
III, LLC]

Robert J. Moore, Esq.
Linda Dakin-Grimm, Esq.
David B. Zolkin, Esq.
Milbank, Tweed, Hadley & M[c]Cloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
E-mail: rmoore@milbank.com
E-mail: ldakin@milbank.com
E-mail: dzolkin@milbank.com
[Counsel to Golden Gate Defendants[*]]

| | |
|---|---|
| **VIA FIRST CLASS MAIL &**<br>**ELECTRONIC MAIL**<br>Sander Bak, Esq.<br>Andrew W. Robertson, Esq.<br>Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP<br>1 Chase Manhattan Plaza, 46th Floor<br>New York, NY 10005<br>E-mail: sbak@milbank.com<br>[Counsel to Golden Gate Defendants[*]] | |

---

[*]   Golden Gate Defendants are: Golden Gate Private Equity, Inc.; Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation, f/k/a Appleseed's Topco, Inc.; Orchard Brands Topco, LLC; Catalog Holdings, LLC; Catalog Holdings, LLC – Series B (Draper's); Catalog Holdings, LLC – Series C (Appleseed's); Catalog Holdings, LLC – Series D (NTO); Catalog Holdings, LLC – Series E (Haband); Golden Gate Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate Capital Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC; CCG AV, LLC – Series C (GGC Co-Invest); CCG AV, LLC – Series I (Bain); CCG AV, LLC – Series K (K&E); CCG AV, LLC – Series K; Stefan Kaluzny; Joshua Olshansky; Geralynn Madonna; and Jim Brewster.

5461700/1