# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Appleseed's Intermediate Holdings, LLC, *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Case No. 11-10160 (KG) |
| | ) | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-807 (JEI/KM) |
| | ) | |
| Golden Gate Private Equity, Inc., a Delaware Corporation, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Golden Gate Private Equity, Inc., *et al.*, | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

| | |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | ) ) ) |
| Cross Claim Plaintiffs, | ) ) |
| v. | ) ) |
| Golden Gate Private Equity, Inc., *et al.,* | ) ) ) |
| Cross Claim Defendants. | ) ) |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | ) ) ) |
| Third Party Plaintiffs, | ) ) |
| v. | ) ) |
| T. Neale Attenborough, Brenda Koskinen, *et al.* and Doe Defendants 1-15, | ) ) ) |
| Third Party Defendants. | ) ) |

## NOTICE OF SERVICE OF DISCOVERY

*PLEASE TAKE NOTICE* that on July 20, 2012 copies of **Defendants, Jeffrey D. Farmer, Bradford J. Farmer, Brent Bostwick and Vito Kowalchuk ("FBK Defendants") First Request for Production of Documents to Plaintiff Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust** and **The FBK Defendants' First Set of Interrogatories to Plaintiff Robert N. Michaelson, Trustee of the Appleseed's Litigation Trust** were served electronically and by first class mail upon:

| | |
|---|---|
| Howard A. Cohen | Mark D. Collin |
| Robert K. Malone | Robert J. Stearn, Jr. |
| Michael P. Pompeo | Drew G. Sloan |
| Drinker Biddle & Reath LLP | Richards Layton & Finger P.A. |
| 1100 North Market Street, Suite 1000 | One Rodney Square |
| Wilmington, DE 19801 | 920 North King Street |
| | Wilmington, DE 19801 |

136419.00601/40202370v.1

| | |
|---|---|
| Jay R. Indyke<br>Cathy Hershcopf<br>Richard S. Kanowitz<br>Drinker Biddle & Reath LLP<br>1114 Avenue of the Americas<br>New York, NY  10036 | Linda Dakin-Grimm<br>Robert J. Moore<br>David B. Zolkin<br>Milbank Tweed Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 |
| Michael J. Pappone<br>Goodwin Procter LLP<br>53 State Street<br>Boston, MA  02109 | Sander Bak<br>Milbank Tweed Hadley & McCloy<br>Chase Manhattan Plaza, 6th Floor<br>New York, NY  10005 |
| Andrew B. Levin<br>Goodwin Procter LLP<br>620 Eighth Avenue<br>New York, NY  10018 | Aaron L. Reneger<br>Milbank Tweed Hadley & McCloy<br>1850 K. Street, NW, Suite 100<br>Washington, DC  20006 |
| David M. Fournier<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>Wilmington, DE  19801 | Carl N. Kunz, III<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801 |

**BLANK ROME LLP**

*/s/ Elizabeth A. Sloan*
Elizabeth A. Sloan (DE #5045)
Victoria A. Guilfoyle (DE #5183)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: sloan@blankrome.com

-and-

Ian M. Comisky
Earl M. Forte
Philadelphia, PA 19103
Tel:  (215) 569-5618
Fax:  (215) 832-5618
Email:  comisky-im@blankrome.com
          forte@blankrome.com

*Attorney for Defendants, Jeffrey D. Farmer, Bradford J. Farmer, Brent Bostwick and Vito Kowalchuk*

Dated:  July 20, 2012