# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.* | : | Case No. 11-10160 (KG) |
| | : | |
| Debtors. | : | |

| | | |
|---|---|---|
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | : | Civ. Action No. 11-807 (JEI/JMW) |
| Plaintiff, | : | |
| v. | : | |
| Jeffrey D. Farmer, *et al.*, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| Golden Gate Private Equity, Inc., *et al.*, | : | Civ. Action No. 11-807 (JEI/JMW) |
| Counterclaim-Plaintiffs, | : | |
| v. | : | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust., | : | |
| Counterclaim-Defendant. | : | |

| | | |
|---|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | : | Civ. Action No. 11-807 (JEI/JMW) |
| Cross Claim Plaintiffs, | : | |
| v. | : | |
| Golden Gate Private Equity, Inc., *et al* | : | |
| Cross Claim Defendants. | : | |

WM01/ 7909770.1

|  |  |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk,, | : : : Civ. Action No. 11-807 (JEI/JMW) : |
| Third Party Plaintiffs, | : : |
| v. | : : |
| T. Neale Attenborough, Brenda Koskinen, Clair Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd, and Doe Defendants 1-15, | : : : : |
| Third Party Defendants. | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 20th day of July, 2012, I caused a true and correct copy of the following document to be served upon the parties listed on the attached service list all via first class mail:

**TRUSTEE'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS**


Dated: July 24, 2012                **DRINKER BIDDLE & REATH LLP**

/s/  Joseph N. Argentina
Joseph N. Argentina (DE 5453)
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE  19801
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

*Attorneys for Plaintiff*

WM01/ 7909770.1

Michaelson Service of Discovery List
Case No. Civ. 11-807
01 – Hand Delivery

**Hand Delivery**
David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19899