**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| APPLESEED'S INTERMEDIATE HOLDINGS LLC, *et al.*, | Case No. 11-10160 (KG) |
| | Jointly Administered |
| Debtors. | |
| | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | |
| | Civ. No. 11-807 (JEI/KMW) |
| Plaintiff, | |
| v. | |
| Jeffrey D. Farmer, *et al.*, | |
| Defendants. | |
| | |
| Golden Gate Private Equity, Inc., *et al.*, | |
| Counterclaim Plaintiffs, | Civ. No. 11-807 (JEI/KMW) |
| v. | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | |
| Defendants. | |
| | |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | |
| | Civ. No. 11-807 (JEI/KMW) |
| Cross Claim Plaintiffs, | |
| v. | |
| Golden Gate Private Equity, Inc., *et al.*, | |
| Cross Claim Defendants. | |

|  |  |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, <br><br>               Third Party Plaintiffs, <br>      v. <br><br> T. Neale Attenborough, Brenda Koskinen, Claire Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd. and Doe Defendants 1-15, <br><br>               Third Party Defendants. | Civ. No. 11-807 (JEI/KMW) |

**SECOND STIPULATION AND ORDER EXTENDING DEADLINE**
**TO ANSWER CROSS CLAIMS AND THIRD PARTY COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the time for all Cross Claim Defendants[1] and Third Party Defendants[2] to answer, plead, move or otherwise respond to the June 13, 2012 Cross Claims And Third Party Complaint Of The FBK Defendants, is extended to and including August 31, 2012. This Stipulation applies to all Cross Claim Defendants and Third Party Defendants, whether or not such party has signed this stipulation or otherwise entered its appearance.

---

[1] The "Cross Claim Defendants" are the following entities and individuals: Golden Gate Private Equity, Inc.; Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation f/k/a Appleseed's Topco, Inc. n/k/a OBC Intermediate LLC; Orchard Brands Topco LLC n/k/a OBC Topco LLC; Catalog Holdings, LLC, and Series thereof, including, without limitation, Catalog Holdings, LLC – Series B (Draper's), Catalog Holdings, LLC – Series C (Appleseed's), Catalog Holdings, LLC – Series D (NTO), and Catalog Holdings, LLC – Series E (Haband); Golden Gate Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate Capital Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC, and all Series thereof, including, without limitation, CCG AV, LLC – Series C (GGC Co-Invest), CCG AV, LLC – Series I (Bain), CCG AV, LLC – Series K (K&E) and CCG AV, LLC – Series K; Wester Capital Founders' Fund, LP; Webster II, LLC; Webster III, LLC; Stefan Kaluzny; and Joshua Olshansky.

[2] The "Third Party Defendants" are: T. Neale Attenborough; Brenda Koskinen; Claire Spofford; John Civali; Dave Walde; American Capital Strategies, Ltd.; and Doe Defendants 1-15 (names and capacities to be provided on Amendment).

No party waives any right, argument, or objection, including, but not limited to objections based on venue or personal jurisdiction, as a result of this Stipulation.

Dated: August 1, 2012

*[Counsel's signature pages follow]*

| | |
|---|---|
| **BLANK ROME LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| ___/s/ Victoria A. Guilfoyle_____ | _____/s/ Drew G. Sloan_____ |
| Elizabeth A. Sloan (No. 5045) | Mark D. Collins (No. 2981) |
| Victoria A. Guilfoyle (No. 5183) | Robert J. Stearn, Jr. (No. 2915) |
| 1201 Market Street | Drew G. Sloan (No. 5069) |
| Suite 800 | One Rodney Square |
| Wilmington, DE 19801 | 920 North King Street |
| Telephone: (302) 425-6400 | Wilmington, Delaware 19801 |
| Facsimile: (302) 425-6464 | Telephone: (302) 651-7700 |
| Email: sloan@blankrome.com | Facsimile: (302) 651-7701 |
|       guilfoyle@blankrome.com | Email: Collins@rlf.com |
| |       Stearn@rlf.com |
| **BLANK ROME LLP** |       Sloan@rlf.com |
| Ian M. Comisky | |
| Earl M. Forte | -and- |
| 130 N. 18th Street | |
| One Logan Square | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| Philadelphia, PA 19103 | Linda Dakin-Grimm (*pro hac vice*) |
| Telephone: (215) 569-5618 | Sander Bak (*pro hac vice*) |
| Facsimile: (215) 832-5618 | 1 Chase Manhattan Plaza, 46th Floor |
| Email: comisky-im@blankrome.com | New York, New York 10005 |
|       forte@blankrome.com | Telephone: (212) 530-5000 |
| | Facsimile: (212) 530-5219 |
| *Counsel for Jeffery D. Farmer, Bradford J.* | Email: ldakin-grimm@milbank.com |
| *Farmer, Brent Bostwick and Vito Kowalchuk* |       sbak@milbank.com |
| | |
| | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| | Robert J. Moore (*pro hac vice*) |
| | 601 S. Figueroa Street, 30th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 892-4000 |
| | Facsimile: (213) 629-5063 |
| | Email: rmoore@milbank.com |
| | |
| | *Counsel for the GGC Defendants,[3] T. Neale Attenborough, John Civali, and Claire Spofford* |

---

[3] The "GGC Defendants" are the following entities and individuals: Golden Gate Private Equity, Inc.; Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation (formally known as Appleseed's Topco, Inc.); Orchard Brands Topco LLC; Catalog Holdings, LLC; Catalog Holdings, LLC – Series B (Draper's); Catalog Holdings, LLC – Series C (Appleseed's); Catalog Holdings, LLC – Series D (NTO); Catalog Holdings, LLC – Series E (Haband); Golden Gate Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate Capital Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC; CCG AV, LLC – Series C

| | |
|---|---|
| **MACAULEY LLC** | **HOLLAND & KNIGHT** |
| ___/s/ Thomas G. Macauley_____ | ___/s/ Brett Carroll_____ |
| Thomas G. Macauley (No. 3411) | Brett Carroll (*pro hac vice* application to be filed) |
| 300 Delaware Avenue, Suite 760 | 10 Saint James Avenue |
| Wilmington, DE 19801 | 11th Floor |
| Telephone: (302) 656-0100 | Boston, MA 02116 |
| E-mail: tm@macdelaw.com | Telephone: (617) 523-2700 |
| | Facsimile: (617) 523-6850 |
| -and- | |
| | *Counsel for Brenda Koskinen* |
| **FOLEY HOAG LLP** | |
| Andrew Z. Schwartz (*pro hac vice* application to be filed) | |
| 155 Seaport Boulevard | **ARNOLD & PORTER LLP** |
| Boston, MA 02210-2600 | |
| Telephone: (617) 832-1155 | ___/s/ Justin S. Antonipillai_____ |
| Facsimile: (617) 832-7000 | Justin S. Antonipillai (*pro hac vice* application to be filed) |
| Email: aschwartz@foleyhoag.com | 555 Twelfth Street, NW |
| | Washington, DC 20004-1206 |
| *Counsel for Dave Walde* | Telephone: (202) 942-5000 |
| | Facsimile: (202) 942-5999 |
| | Email: Justin.Antonipillai@aporter.com |
| | |
| | *Counsel for American Capital Strategies, Ltd.* |

**SO ORDERED** on this _____ day of _____, 2012.

_____
KAREN M. WILLIAMS
United States Magistrate Judge

---

(GGC Co-Invest); CCG AV, LLC – Series I (Bain); CCG AV, LLC – Series K (K&E); CCG AV, LLC – Series K; Stefan Kaluzny; and Joshua Olshansky.