# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*<br><br>       Debtors. | Chapter 11<br><br>Case No. 11-10160 (KG) |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>       Plaintiff,<br><br>v.<br><br>Jeffrey D. Farmer, *et al.*,<br><br>       Defendants. | Civil Action No. 11-807 (JEI/KMW) |
| Golden Gate Private Equity, Inc., *et al.*,<br><br>       Counterclaim-Plaintiffs,<br><br>v.<br><br>Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>       Counterclaim-Defendant. | Civil Action No. 11-807 (JEI/KMW) |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk,<br><br>       Cross Claim Plaintiffs,<br><br>v.<br><br>Golden Gate Private Equity, Inc., *et al.*,<br><br>       Cross Claim Defendants. | Civil Action No. 11-807 (JEI/KMW) |

|  |  |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | : : : : Civil Action No. 11-807 (JEI/KMW) |
| Third Party Plaintiffs, | : : |
| v. | : : |
| T. Neale Attenborough, Brenda Koskinen, Clair Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd. and Doe Defendants 1-15, | : : : : |
| Third Party Defendants. | : : |

## NOTICE OF SERVICE

I, Howard A. Cohen, hereby certify that on August 2, 2012, true and correct copies of *(i) Objections And Responses To Golden Gate Private Equity, Inc.'s First Set Of Interrogatories To Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust, (ii) Objections And Responses To Golden Gate Private Equity, Inc.'s First Set Of Requests For Admission To Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust and (iii) Objections And Responses To Golden Gate Private Equity, Inc.'s First Set Of Requests For Production Of Documents To Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust* were served upon the following individuals in the manner indicated:

*<u>Via Hand Delivery and Email</u>*

Robert J. Stearn, Jr.
Drew G. Sloan
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

*<u>Via Email</u>*

Milbank LLP
John Calabrese - JCalabrese@milbank.com
Robert Moore- RMoore@milbank.com
Linda Dakin-Grimm – LDakin-Grimm@milbank.com

2

1887458 v3/NY

Sander Bak - SBak@milbank.com
Aaron Renenger - ARenenger@milbank.com
Nicole Vasquez Schmitt - NSchmitt@milbank.com

Dated: August 3, 2012

                                        /s/ Howard A. Cohen
                                        Howard A. Cohen (DE 4082)
                                        DRINKER BIDDLE & REATH LLP
                                        1100 North Market Street, Suite 1000
                                        Wilmington, DE  19801

                                        *Counsel for Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust*

1887458 v3/NY