**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 11-10160 (KG) |
| APPLESEED'S INTERMEDIATE | : |
| HOLDINGS, LLC, *et al.* | : |
| | : |
| Debtors. | : |

| | |
|---|---|
| Robert N. Michaelson, as Trustee | : |
| of the Appleseed's Litigation Trust, | : Civil Action No. 11-807 (JEI/KMW) |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| Jeffrey D. Farmer, *et al.*, | : |
| | : |
| Defendants. | : |

| | |
|---|---|
| Golden Gate Private Equity, Inc., *et al.*, | : |
| | : Civil Action No. 11-807 (JEI/KMW) |
| Counterclaim-Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| Robert N. Michaelson, as Trustee | : |
| of the Appleseed's Litigation Trust, | : |
| | : |
| Counterclaim-Defendant. | : |

| | |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. | : |
| Bostwick and Vito Kowalchuk, | : Civil Action No. 11-807 (JEI/KMW) |
| | : |
| Cross Claim Plaintiffs, | : |
| v. | : |
| | : |
| Golden Gate Private Equity, Inc., *et al.*, | : |
| | : |
| Cross Claim Defendants. | : |

|  | : |  |
| --- | --- | --- |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | : | Civil Action No. 11-807 (JEI/KMW) |
|  | : |  |
| Third Party Plaintiffs, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| T. Neale Attenborough, Brenda Koskinen, Clair Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd. and Doe Defendants 1-15, | : |  |
|  | : |  |
| Third Party Defendants. | : |  |

## NOTICE OF SERVICE

I, Howard A. Cohen, hereby certify that on August 6, 2012, true and correct copies of *(i) Omnibus Objections And Responses To The Golden Gate Defendants' First Set Of Requests For Production Of Documents To Fifteen Trade Creditors Of The Debtors c/o Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust and (ii) Omnibus Objections And Responses To The Golden Gate Defendants' First Set Of Interrogatories To Fifteen Trade Creditors Of The Debtors c/o Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust* were served upon the following individuals in the manner indicated:

### *Via Hand Delivery and Email*

Robert J. Stearn, Jr.
Drew G. Sloan
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

### *Via Email*

Milbank LLP
John Calabrese - JCalabrese@milbank.com
Robert Moore- RMoore@milbank.com
Linda Dakin-Grimm – LDakin-Grimm@milbank.com
Sander Bak - SBak@milbank.com
Aaron Renenger - ARenenger@milbank.com
Nicole Vasquez Schmitt - NSchmitt@milbank.com

Dated: August 7, 2012

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801

*Counsel for Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust*