IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.* | ) | Case No.  11-10160 (KG) |
|  | ) |  |
|  | ) | Jointly Administered |
| Reorganized Debtors. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## NOTICE OF DEPOSITION OF RICHARD KANOWITZ

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this contested matter by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Stefan Kaluzny and Joshua Olshansky, by counsel, will take the deposition of Richard Kanowitz.

The Deposition will be held on September 24, 2012 at 10:00 AM (Eastern Time) at the offices of Milbank, Tweed, Hadley & McCloy, 1 Chase Manhattan Plaza, New York, NY 10005, or as otherwise agreed to by the parties in writing.  The Deposition will continue from day to day thereafter until completed.  The Deposition will be taken by oral examination, before a notary public or other officer authorized by law to administer oaths, recorded by stenographic means, and will be videotaped.

Dated: August 16, 2012
Wilmington, Delaware

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

_/s/ Robert J. Stearn_
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: Collins@rlf.com
       Stearn@rlf.com
       Sloan@rlf.com
       steele@rlf.com

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Linda Dakin-Grimm (*pro hac vice*)
Sander Bak (*pro hac vice*)
1 Chase Manhattan Plaza, 46th Floor
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ldakin-grimm@milbank.com
       sbak@milbank.com

MILBANK, TWEED, HADLEY & McCLOY LLP
Robert J. Moore (*pro hac vice*)
David B. Zolkin (*pro hac vice*)
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email: rmoore@milbank.com
       dzolkin@milbank.com

*Counsel for Stefan Kaluzny and Joshua Olshansky*