**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*<br><br>        Debtors. | Chapter 11<br><br>Case No. 11-10160 (KG) |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>        Plaintiff,<br><br>    v.<br><br>Jeffrey D. Farmer, *et al.*,<br><br>        Defendants. | Civil Action No. 11-807 (JEI/KMW) |
| Golden Gate Private Equity, Inc., *et al.*,<br><br>        Counterclaim-Plaintiffs,<br><br>    v.<br><br>Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>        Counterclaim-Defendant. | Civil Action No. 11-807 (JEI/KMW) |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk,<br><br>        Cross Claim Plaintiffs,<br>    v.<br><br>Golden Gate Private Equity, Inc., *et al.*,<br><br>        Cross Claim Defendants. | Civil Action No. 11-807 (JEI/KMW) |

WM01/ 7911881.1

|  |  |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | : <br> : <br> : Civil Action No. 11-807 (JEI/KMW) |
| Third Party Plaintiffs, | : |
| v. | : |
| T. Neale Attenborough, Brenda Koskinen, Clair Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd. and Doe Defendants 1-15, | : |
| Third Party Defendants. | : |

**NOTICE OF SERVICE**

I, Howard A. Cohen, hereby certify that on August 20, 2012, a true and correct copy of ***Objections And Responses To Karinn Kelly's First Set Of Requests For Production Of Documents To Plaintiff*** were served upon the following individual in the manner indicated:

<u>*Via Hand Delivery and Email Delivery*</u>

Carl N. Kunz, III – ckunz@morrisjames.com
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494


Dated: August 21, 2012

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801

*Counsel for Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust*

WM01/ 7911881.1