# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.* | Case No. 11-10160 (KG) |
| Debtors. | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | Civil Action No. 11-807 (JEI/KMW) |
| Plaintiff, | |
| v. | |
| Jeffrey D. Farmer, *et al.*, | |
| Defendants. | |
| Golden Gate Private Equity, Inc., *et al.*, | Civil Action No. 11-807 (JEI/KMW) |
| Counterclaim-Plaintiffs, | |
| v. | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | |
| Counterclaim-Defendant. | |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | Civil Action No. 11-807 (JEI/KMW) |
| Cross Claim Plaintiffs, | |
| v. | |
| Golden Gate Private Equity, Inc., *et al.*, | |
| Cross Claim Defendants. | |

WM01/ 7911880.1

| | |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, <br><br> Third Party Plaintiffs, <br><br> v. <br><br> T. Neale Attenborough, Brenda Koskinen, Clair Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd. and Doe Defendants 1-15, <br><br> Third Party Defendants. | : <br> : <br> : Civil Action No. 11-807 (JEI/KMW) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF SERVICE**

I, Howard A. Cohen, hereby certify that on August 20, 2012, true and correct copies of *(i) Objections And Responses To The FBK Defendants' First Set Of Interrogatories To Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust and (ii) Objections And Responses To The FBK Defendants' First Set Of Requests For Production Of Documents To Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust* were served upon the following individuals in the manner indicated:

*<u>Via Hand Delivery and Email Delivery</u>*

Earl Forte – forte@blankrome.com
Elizabeth A. Sloan – sloan@blankrome.com
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226


Dated: August 21, 2012

                                        /s/ Howard A. Cohen
                                        Howard A. Cohen (DE 4082)
                                        DRINKER BIDDLE & REATH LLP
                                        1100 North Market Street, Suite 1000
                                        Wilmington, DE  19801

*Counsel for Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust*

WM01/ 7911880.1