# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*<br><br>        Debtors. | Chapter 11<br><br>Case No. 11-10160 (KG) |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>        Plaintiff,<br><br>v.<br><br>Jeffrey D. Farmer, *et al.*,<br><br>        Defendants. | Civil Action No. 11-807 (JEI/KMW) |
| Golden Gate Private Equity, Inc., *et al.*,<br><br>        Counterclaim-Plaintiffs,<br><br>v.<br><br>Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>        Counterclaim-Defendant. | Civil Action No. 11-807 (JEI/KMW) |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk,<br><br>        Cross Claim Plaintiffs,<br><br>v.<br><br>Golden Gate Private Equity, Inc., *et al.*,<br><br>        Cross Claim Defendants. | Civil Action No. 11-807 (JEI/KMW) |

| | |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk,<br><br>　　　　Third Party Plaintiffs,<br><br>　　v.<br><br>T. Neale Attenborough, Brenda Koskinen, Clair Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd. and Doe Defendants 1-15,<br><br>　　　　Third Party Defendants. | :<br>:<br>:<br>: Civil Action No. 11-807 (JEI/KMW)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

　　I, Howard A. Cohen, hereby certify that on August 20, 2012, true and correct copies of ***(i) Objections And Responses To The Webster Defendants' First Set Of Interrogatories To Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust, (ii) Objections And Responses To The Webster Defendants' First Set Of Requests For Admission To Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust and (iii) Objections And Responses To The Webster Defendants' First Set Of Requests For Production Of Documents To Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust*** were served upon the following individuals in the manner indicated:

***Via Hand Delivery***

David M. Fournier
Pepper Hamilton LLP
Hercules Plaza, Ste. 5100
1313 N. Market Street
Wilmington, DE 19899

***Via Email***

David Fournier (Pepper Hamilton LLP) - fournierd@pepperlaw.com
Michael J. Pappone (Goodwin Procter LLP) – mpappone@goodwinprocter.com

Dated: August 21, 2012

　　　　　　　　　　　　　　　　　　/s/ Howard A. Cohen
　　　　　　　　　　　　　　　　　　Howard A. Cohen (DE 4082)
　　　　　　　　　　　　　　　　　　DRINKER BIDDLE & REATH LLP
　　　　　　　　　　　　　　　　　　1100 North Market Street, Suite 1000

WM01/ 7911878.1

Wilmington, DE 19801

*Counsel for Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust*

WM01/ 7911878.1