UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.* <br><br> Debtors. | : Chapter 11 <br> : <br> : Case No. 11-10160 (KG) <br> : <br> : <br> : <br> : <br> : |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, <br><br> Plaintiff, <br><br> v. <br><br> Jeffrey D. Farmer, *et al.*, <br><br> Defendants. | : <br> : <br> : Civil Action No. 11-807 (JEI/KMW) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Golden Gate Private Equity, Inc., *et al.*, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, <br><br> Counterclaim-Defendant. | : <br> : <br> : Civil Action No. 11-807 (JEI/KMW) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, <br><br> Cross Claim Plaintiffs, <br> v. <br><br> Golden Gate Private Equity, Inc., et al., <br><br> Cross Claim Defendants. | : <br> : Civil Action No. 11-807 (JEI/KMW) <br> : <br> : <br> : <br> : <br> : <br> : |

| | |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, : <br><br> Third Party Plaintiffs, : <br><br> v. : <br><br> T. Neale Attenborough, Brenda Koskinen, Clair Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd. and Doe Defendants 1-15, : <br><br> Third Party Defendants. : | Civil Action No. 11-807 (JEI/KMW) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 24, 2012, Karinn Kelly (the "<u>Defendant</u>"), served **Objections and Responses of Karinn Kelly to the Trustee's First Request for the Production of Documents** and this **Notice of Service** upon the counsel listed below as indicated thereon.

Dated: August 24, 2012

**MORRIS JAMES LLP**

*/s/*

Carl N. Kunz, III (DE Bar #3201)
Courtney R. Hamilton (DE Bar # 5432)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: chamilton@morrisjames.com

*Counsel to Karinn Kelly*

5542849/1

| **VIA HAND DELIVERY & ELECTRONIC MAIL** | **VIA FIRST CLASS MAIL & ELECTRONIC MAIL** |
|---|---|
| Howard A. Cohen, Esq.<br>Robert K. Malone, Esq.<br>Michael P. Pompeo, Esq.<br>Drinker Biddle & Reath LLP<br>1100 North Market Street, Suite 1000<br>Wilmington, DE 19801<br>E-mail: howard.cohen@dbr.com<br>E-mail: robert.malone@dbr.com<br>E-mail: Michael.pompeo@dbr.com<br>[Counsel for the Plaintiff]<br><br>Elizabeth A. Sloan, Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>E-mail: sloan@blankrome.com<br>[Counsel for Defendants Jeffrey Farmer, Brent Bostwick, Bradford Farmer and Vito Kowalchuk]<br><br>David M. Fournier, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>E-mail: fournierd@pepperlaw.com<br>[Counsel to Webster Capital Founders' Fund, LP, Webster II, LLC, and Webster III, LLC]<br><br>Mark D. Collins, Esq.<br>Robert J. Stearn, Jr., Esq.<br>Drew G. Sloan, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>E-mail: collins@rlf.com<br>E-mail: stearn@rlf.com<br>E-mail: dsloan@rlf.com<br>[Counsel to Golden Gate Defendants[*]] | Jay R. Indyke, Esq.<br>Cathy Hershcopf, Esq.<br>Richard S. Kanowitz, Esq.<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>E-mail: jindyke@cooley.com<br>E-mail: chershcopf@cooley.com<br>E-mail: rkanowitz@cooley.com<br>[Counsel for the Plaintiff]<br><br>Ian M. Comisky, Esq.<br>Earl M. Forte, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>E-mail: comisky-im@blankrome.com<br>E-mail: forte@blankrome.com<br>[Counsel for Defendants Jeffrey Farmer, Brent Bostwick, Bradford Farmer and Vito Kowalchuk]<br><br>Andrew B. Levin, Esq.<br>Michael J. Pappone, Esq.<br>Goodwin Procter LLP<br>620 8th Avenue<br>New York, NY 10018<br>E-mail: alevin@goodwinproctor.com<br>E-mail: mpappone@goodwinproctor.com<br>[Counsel to Webster Capital Founders' Fund, LP, Webster II, LLC, and Webster III, LLC]<br><br>Robert J. Moore, Esq.<br>Linda Dakin-Grimm, Esq.<br>David B. Zolkin, Esq.<br>Milbank, Tweed, Hadley & M$^c$Cloy LLP<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>E-mail: rmoore@milbank.com<br>E-mail: ldakin@milbank.com<br>E-mail: dzolkin@milbank.com<br>[Counsel to Golden Gate Defendants[*]] |

| | |
|---|---|
| **VIA FIRST CLASS MAIL & ELECTRONIC MAIL**<br>Sander Bak, Esq.<br>Andrew W. Robertson, Esq.<br>Milbank, Tweed, Hadley & M$^c$Cloy LLP<br>1 Chase Manhattan Plaza, 46th Floor<br>New York, NY 10005<br>E-mail: sbak@milbank.com<br>[Counsel to Golden Gate Defendants*] | |

---

\* Golden Gate Defendants are: Golden Gate Private Equity, Inc.; Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation, f/k/a Appleseed's Topco, Inc.; Orchard Brands Topco, LLC; Catalog Holdings, LLC; Catalog Holdings, LLC – Series B (Draper's); Catalog Holdings, LLC – Series C (Appleseed's); Catalog Holdings, LLC – Series D (NTO); Catalog Holdings, LLC – Series E (Haband); Golden Gate Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate Capital Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC; CCG AV, LLC – Series C (GGC Co-Invest); CCG AV, LLC – Series I (Bain); CCG AV, LLC – Series K (K&E); CCG AV, LLC – Series K; Stefan Kaluzny; Joshua Olshansky; Geralynn Madonna; and Jim Brewster.