UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT N. MICHAELSON, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>JEFFREY D. FARMER, BRADFORD J. FARMER)<br>BRENT A. BOSTWICK and )<br>VITO KOWALCHUK )<br>)<br>   Third Party Plaintiffs, )<br>)<br>vs. )<br>)<br>T. NEALE ATTENBOROUGH, )<br>BRENDA KOSKINEN, CLAIRE SPOFFORD, )<br>JOHN CIVALI, DAVE WALDE, )<br>AMERICAN CAPITAL )<br>STRATEGIES, LTD. and )<br>DOE DEFENDANTS 1-15, )<br>)<br>   Third Party Defendants. ) | Civil Action No. 11-807 (JEI/KM) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brett Carroll, Esq. of Holland & Knight to represent Brenda Koskinen in this matter.

Date: August 27, 2012
    Wilmington, DE

                 SULLIVAN · HAZELTINE · ALLINSON LLC

                 */s/ William D. Sullivan*
                 William D. Sullivan (No. 2820)
                 Seth S. Brostoff (No. 5312)
                 901 North Market Street, Suite 1300
                 Wilmington, DE 19801
                 Tel: (302) 428-8191
                 Fax: (302) 428-8195

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of both the Bar of the Commonwealth of Massachusetts and Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 8/27/12    _____
Brett Carroll, Esq.
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA  02116
Tel: (617) 619-9235
Fax: (617) 523-6850