# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| APPLESEED'S INTERMEDIATE HOLDINGS LLC, *et al.*, | Case No. 11-10160 (KG) |
| Debtors. | Jointly Administered |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, Plaintiff, v. Jeffrey D. Farmer, *et al.*, Defendants. | Civ. No. 11-807 (JEI/KMW) |
| Golden Gate Private Equity, Inc., *et al.*, Counterclaim Plaintiffs, v. Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, Defendants. | Civ. No. 11-807 (JEI/KMW) |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, Cross Claim Plaintiffs, v. Golden Gate Private Equity, Inc., *et al.*, Cross Claim Defendants. | Civ. No. 11-807 (JEI/KMW) |

RLF1 6781620v. 1

| | |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk,<br><br>          Third Party Plaintiffs,<br>v.<br><br>T. Neale Attenborough, Brenda Koskinen, Claire Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd. and Doe Defendants 1-15,<br><br>          Third Party Defendants. | Civ. No. 11-807 (JEI/KMW) |

### THIRD STIPULATION AND ORDER EXTENDING DEADLINE TO ANSWER CROSS CLAIMS AND THIRD PARTY COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the time for all Cross Claim Defendants[1] and Third Party Defendants[2] to answer, plead, move or otherwise respond to the June 13, 2012 Cross Claims and Third Party Complaint of the FBK Defendants, is extended to and including September 28, 2012. This Stipulation applies to all Cross Claim Defendants and Third Party Defendants, whether or not such party has signed this stipulation or otherwise entered its appearance.

No party waives any right, argument, or objection, including, but not limited to objections based on venue or personal jurisdiction, as a result of this Stipulation.

---

[1] The "Cross Claim Defendants" are the following entities and individuals: Golden Gate Private Equity, Inc.; Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation f/k/a Appleseed's Topco, Inc. n/k/a OBC Intermediate LLC; Orchard Brands Topco LLC n/k/a OBC Topco LLC; Catalog Holdings, LLC, and Series thereof, including, without limitation, Catalog Holdings, LLC – Series B (Draper's), Catalog Holdings, LLC – Series C (Appleseed's), Catalog Holdings, LLC – Series D (NTO), and Catalog Holdings, LLC – Series E (Haband); Golden Gate Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate Capital Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC, and all Series thereof, including, without limitation, CCG AV, LLC – Series C (GGC Co-Invest), CCG AV, LLC – Series I (Bain), CCG AV, LLC – Series K (K&E) and CCG AV, LLC – Series K; Wester Capital Founders' Fund, LP; Webster II, LLC; Webster III, LLC; Stefan Kaluzny; and Joshua Olshansky.

[2] The "Third Party Defendants" are: T. Neale Attenborough; Brenda Koskinen; Claire Spofford; John Civali; Dave Walde; American Capital Strategies, Ltd.; and Doe Defendants 1-15 (names and capacities to be provided on Amendment).

RLF1 6781620v. 1

Dated: August 28, 2012

| | |
|---|---|
| **BLANK ROME LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Victoria Guilfoyle* | */s/ [signature]* |
| Elizabeth A. Sloan (No. 5045) | Mark D. Collins (No. 2981) |
| Victoria A. Guilfoyle (No. 5183) | Robert J. Stearn, Jr. (No. 2915) |
| 1201 Market Street, Suite 800 | Drew G. Sloan (No. 5069) |
| Wilmington, DE 19801 | One Rodney Square |
| Telephone: (302) 425-6400 | 920 North King Street |
| Facsimile: (302) 425-6464 | Wilmington, Delaware 19801 |
| E-mail: Sloan@blankrome.com | Telephone: (302) 651-7700 |
| Guilfoyle@blankrome.com | Facsimile: (302) 651-7701 |
| | Email: Collins@rlf.com |
| -and- | Stearn@rlf.com |
| | Sloan@rlf.com |
| **BLANK ROME LLP** | |
| Ian M. Comisky | -and- |
| Earl M. Forte | |
| 130 N. 18th Street | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| One Logan Square | Linda Dakin-Grimm (*pro hac vice*) |
| Philadelphia, PA 19103 | Sander Bak (*pro hac vice*) |
| Telephone: (215) 569-5618 | 1 Chase Manhattan Plaza, 46th Floor |
| Facsimile: (215) 832-5618 | New York, New York 10005 |
| E-mail: comisky-im@blankrome.com | Telephone: (212) 530-5000 |
| forte@blankrome.com | Facsimile: (212) 530-5219 |
| | Email: ldakin-grimm@milbank.com |
| *Counsel for Jeffery D. Farmer, Bradford J.* | sbak@milbank.com |
| *Farmer, Brent Bostwick and Vito Kowalchuk* | |
| | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| | Robert J. Moore (*pro hac vice*) |
| | 601 S. Figueroa Street, 30th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 892-4000 |
| | Facsimile: (213) 629-5063 |
| | Email: rmoore@milbank.com |
| | |
| | *Counsel for the GGC Defendants,[3] T. Neale* |
| | *Attenborough, John Civali, and Claire Spofford* |

---

[3] The "GGC Defendants" are the following entities and individuals: Golden Gate Private Equity, Inc.; Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation (formally known as Appleseed's Topco, Inc.); Orchard Brands Topco LLC; Catalog Holdings, LLC; Catalog Holdings, LLC – Series B (Draper's); Catalog Holdings, LLC – Series C (Appleseed's); Catalog Holdings, LLC – Series D (NTO); Catalog Holdings, LLC – Series E (Haband); Golden Gate Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate Capital

<table>
<tr><td>

**MACAULEY LLC**

_/s/ Thomas G. Macauley_
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
E-mail: tm@macdelaw.com

-and-

**FOLEY HOAG LLP**
Andrew Z. Schwartz (*pro hac vice* application to be filed)
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1155
Facsimile: (617) 832-7000
Email: aschwartz@foleyhoag.com

*Counsel for Dave Walde*

</td><td>

**SULLIVAN HAZELTINE ALLINSON LLC**

_/s/ William D. Sullivan_
William D. Sullivan (No. 2820)
901 N. Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 428-8191
Email: bsullivan@sha-llc.com

-and-

**HOLLAND & KNIGHT**
Brett D. Carroll
10 Saint James Avenue
11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
Email: brett.carroll@hklaw.com

*Counsel for Brenda Koskinen*

**ARNOLD & PORTER LLP**

_/s/ Justin S. Antonipillai_
Justin S. Antonipillai (*pro hac vice* application to be filed)
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email: Justin.Antonipillai@aporter.com

*Counsel for American Capital Strategies, Ltd.*

</td></tr>
</table>

**SO ORDERED** on this _____ day of _____, 2012.

_____
KAREN M. WILLIAMS
United States Magistrate Judge

---

Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC; CCG AV, LLC – Series C (GGC Co-Invest); CCG AV, LLC – Series I (Bain); CCG AV, LLC – Series K (K&E); CCG AV, LLC – Series K; Stefan Kaluzny; and Joshua Olshansky.

RLF1 6781620v. 1