IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT N. MICHAELSON, et al.,

    Plaintiffs,

v.

JEFFREY D. FARMER, et al.,

    Defendants.

Civil No. 11-807-JEI-KMW

### ORDER

This matter comes before the Court by way of motion of counsel for Defendant, Karinn Kelly, seeking to withdraw as counsel;

IT IS this **7th** day of **September, 2012**,

**ORDERED** that a hearing on this motion shall be held on **October 12, 2012 at 3:30 p.m.** in Courtroom 5C; and it is further

**ORDERED** that Defendant, Karinn Kelly, must appear by telephone at this motion hearing. Counsel for Defendant shall notify Defendant of the hearing via regular and certified mail, return receipt requested, immediately upon receipt of this Order. A copy of this Order shall also be provided to Defendant. Counsel must file with the Court a copy of the correspondence providing notice along with proof of service on or before **October 7, 2012**.

                          s/ Karen M. Williams
                          KAREN M. WILLIAMS
                          United States Magistrate Judge

cc: Hon. Joseph E. Irenas