**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*, | ) ) ) | Case No. 11-10160 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | ) ) ) | |
| | ) | Civ. No. 11-807 (JEI/KM) |
| Plaintiff, | ) | |
| v. | ) ) | |
| Jeffrey D. Farmer, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| | ) | |
| Golden Gate Private Equity, Inc., *et al.*, | ) ) | |
| Counterclaim-Plaintiffs, | ) ) | Civ. No. 11-807 (JEI/KM) |
| v. | ) ) | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | ) ) ) ) | |
| Counterclaim-Defendant. | ) ) ) | |
| | ) | |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | ) ) ) ) | |
| Cross Claim Plaintiffs, | ) ) ) | Civ. No. 11-807 (JEI/KM) |
| v. | ) ) ) | |
| Golden Gate Private Equity, Inc., et al., | ) ) | |
| Cross Claim Defendants. | ) ) ) | |

#16672810 v1

| | |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, )<br><br>     Third Party Plaintiffs, )<br><br>v. )<br><br>T. Neale Attenborough, Brenda Koskinen, Clair Spofford, John Civali, Dave Walde, American Strategies, Ltd. and Doe Defendants 1-15, )<br><br>     Third Party Defendants. ) | Civ. No. 11-807 (JEI/KM) |

## NOTICE OF SERVICE

  I, Michael J. Custer, hereby certify that on the 10th day of September, 2012, I caused The Webster Defendants[1] Responses to the Trustee's First Request for the Production of Documents to be served upon the parties on the attached service list by electronic mail.

Dated: September 10, 2012
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

By: /s/ Michael J. Custer
   David M. Fournier (DE No. 2812)
   Michael J. Custer (DE No. 4843)
   Hercules Plaza, Suite 5100
   1313 N. Market Street
   Wilmington, Delaware 19801
   Telephone: (302) 777-6500
   Facsimile: (302) 421-8390
   Email: fournied@pepperlaw.com
       custerm@pepperlaw.com

      -and-

---

[1] The "Webster Defendants" are Webster Capital Founders' Fund, L.P., Webster II, L.L.C., and Webster III, L.L.C. The Webster Defendants are the three PE Funds (as defined in the Complaint (the "Complaint") filed by Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust in Adversary Proceeding # 11-51847 in the United States Bankruptcy Court for the District of Delaware) that are not affiliates of the Golden Gate Defendants. The Webster Defendants note that Webster II, LLC appears to have been erroneously named as a PE Fund and a defendant herein, as it never held any interest, direct or indirect, in any Debtors.

#16672810 v1

GOODWIN PROCTER LLP
Michael J. Pappone (*Pro Hac Vice*)
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: mpappone@goodwinprocter.com

GOODWIN PROCTER LLP
Andrew B. Levin, Esq., (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: alevin@goodwinprocter.com

*Counsel for the Webster Defendants*

#16672810 v1

<u>**Email**</u>
Howard A. Cohen, Esq.
Joseph N. Argentina, Jr. , Esq.
Robert K. Malone, Esq.
Michael P. Pompeo, Esq.
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801
**Email: Howard.Cohen@dbr.com,
Joseph.Argentina@dbr.com,
Robert.Malone@dbr.com,
Michael.Pompeo@dbr.com**

<u>**Email**</u>
Jay R. Indyke, Esq.
Cathy Hershcopf, Esq.
Richard S. Kanowitz, Esq.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
**Email: jindyke@cooley.com,
chershcopf@cooley.com, rkanowitz@cooley.com**