# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 11-10160 (KG) |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, <br><br> Plaintiff, <br><br> v. <br><br> Jeffrey D. Farmer, *et al.*, <br><br> Defendants. | Civil Action No. 11-807 (JEI/KMW) |
| Golden Gate Private Equity, Inc., *et al.*, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, <br><br> Counterclaim-Defendant. | Civil Action No. 11-807 (JEI/KMW) |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, <br><br> Cross Claim Plaintiffs, <br> v. <br><br> Golden Gate Private Equity, Inc., *et al.*, <br><br> Cross Claim Defendants. | Civil Action No. 11-807 (JEI/KMW) |

1894702 v1/NY

|  |  |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | : <br> : <br> : Civil Action No. 11-807 (JEI/KMW) |
| Third Party Plaintiffs, | : <br> : |
| v. | : <br> : |
| T. Neale Attenborough, Brenda Koskinen, Clair Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd. and Doe Defendants 1-15, | : <br> : <br> : <br> : |
| Third Party Defendants. | : |

## NOTICE OF SERVICE

I, Howard A. Cohen, hereby certify that on September 14, 2012, a true and correct copy of **Objections And Responses To Golden Gate Private Equity, Inc.'s Second Set Of Requests For Admission To Plaintiff Robert N. Michaelson, As Trustee Of The Appleseed's Litigation Trust** were served upon the following individual in the manner indicated:

<u>*Via Hand Delivery*</u>
Robert J. Stearn, Jr.
Drew G. Sloan
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801


Dated: September 20, 2012

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801

*Counsel for Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust*

2