## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| APPLESEED'S INTERMEDIATE HOLDINGS LLC, *et al.*, | ) Case No. 11-10160 (KG) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | ) |
| | ) |
| | ) Civ. No. 11-807 (JEI/KMW) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Jeffrey D. Farmer, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| Golden Gate Private Equity, Inc., *et al.*, | ) |
| | ) |
| Counterclaim Plaintiffs, | ) Civ. No. 11-807 (JEI/KMW) |
| v. | ) |
| | ) |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | ) |
| | ) |
| | ) Civ. No. 11-807 (JEI/KMW) |
| Cross Claim Plaintiffs, | ) |
| v. | ) |
| | ) |
| Golden Gate Private Equity, Inc., *et al.*, | ) |
| | ) |
| Cross Claim Defendants. | ) |
| | ) |



|  |  |  |
|---|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | ) ) ) | |
| Third Party Plaintiffs, | ) ) | Civ. No. 11-807 (JEI/KMW) |
| v. | ) ) | |
| T. Neale Attenborough, Brenda Koskinen, Claire Spofford, John Civali, Dave Walde, American Capital Strategies, Ltd. and Doe Defendants 1-15, | ) ) ) ) | |
| Third Party Defendants. | ) ) ) | |

## FOURTH STIPULATION AND ORDER EXTENDING DEADLINE
## TO ANSWER CROSS CLAIMS AND THIRD PARTY COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the time for all Cross Claim Defendants[1] and Third Party Defendants[2] to answer, plead, move or otherwise respond to the June 13, 2012 Cross Claims and Third Party Complaint of the FBK Defendants, is extended to and including November 2, 2012. This Stipulation applies to all Cross Claim Defendants and Third Party Defendants, whether or not such party has signed this stipulation or otherwise entered its appearance.

No party waives any right, argument, or objection, including, but not limited to objections based on venue or personal jurisdiction, as a result of this Stipulation.

---

[1]  The "Cross Claim Defendants" are the following entities and individuals: Golden Gate Private Equity, Inc.; Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation f/k/a Appleseed's Topco, Inc. n/k/a OBC Intermediate LLC; Orchard Brands Topco LLC n/k/a OBC Topco LLC; Catalog Holdings, LLC, and Series thereof, including, without limitation, Catalog Holdings, LLC – Series B (Draper's), Catalog Holdings, LLC – Series C (Appleseed's), Catalog Holdings, LLC – Series D (NTO), and Catalog Holdings, LLC – Series E (Haband); Golden Gate Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate Capital Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC, and all Series thereof, including, without limitation, CCG AV, LLC – Series C (GGC Co-Invest), CCG AV, LLC – Series I (Bain), CCG AV, LLC – Series K (K&E) and CCG AV, LLC – Series K; Wester Capital Founders' Fund, LP; Webster II, LLC; Webster III, LLC; Stefan Kaluzny; and Joshua Olshansky.

[2]  The "Third Party Defendants" are: T. Neale Attenborough; Brenda Koskinen; Claire Spofford; John Civali; Dave Walde; American Capital Strategies, Ltd.; and Doe Defendants 1-15 (names and capacities to be provided on Amendment).

Dated: September 25, 2012

*[Counsels' signature pages follow]*

**BLANK ROME LLP**

 /s/ Victoria A. Guilfoyle
Elizabeth A. Sloan (No. 5045)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street
Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
E-mail: sloan@blankrome.com

**BLANK ROME LLP**
Ian M. Comisky
Earl M. Forte
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5618
Facsimile: (215) 832-5618
E-mail: comisky-im@blankrome.com
        forte@blankrome.com

*Counsel for Jeffery D. Farmer, Bradford J.
Farmer, Brent Bostwick and Vito Kowalchuk*

**RICHARDS, LAYTON & FINGER, P.A.**

 /s/ Drew G. Sloan
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Drew G. Sloan (No. 5069)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: Collins@rlf.com
       Stearn@rlf.com
       Sloan@rlf.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Linda Dakin-Grimm (*pro hac vice*)
Sander Bak (*pro hac vice*)
1 Chase Manhattan Plaza, 46th Floor
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ldakin-grimm@milbank.com
       sbak@milbank.com

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Robert J. Moore (*pro hac vice*)
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email: rmoore@milbank.com

*Counsel for the GGC Defendants,[3] T. Neale
Attenborough, John Civali, and Claire Spofford*

---

[3]   The "GGC Defendants" are the following entities and individuals: Golden Gate Private Equity, Inc.;
Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation
(formally known as Appleseed's Topco, Inc.); Orchard Brands Topco LLC; Catalog Holdings, LLC;
Catalog Holdings, LLC – Series B (Draper's); Catalog Holdings, LLC – Series C (Appleseed's);
Catalog Holdings, LLC – Series D (NTO); Catalog Holdings, LLC – Series E (Haband); Golden Gate
Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate
Capital Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC; CCG

**MACAULEY LLC**

___*/s/ Thomas G. Macauley*___
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
E-mail: tm@macdelaw.com

-and-

**FOLEY HOAG LLP**
Andrew Z. Schwartz (*pro hac vice*
    application to be filed)
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1155
Facsimile: (617) 832-7000
Email: aschwartz@foleyhoag.com

*Counsel for Dave Walde*

**HOLLAND & KNIGHT**

___*/s/ Brett Carroll*___
Brett Carroll
Elizabeth Mitchell
10 Saint James Avenue
11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

*Counsel for Brenda Koskinen*

**ARNOLD & PORTER LLP**

___*/s/ Justin S. Antonipillai*___
Justin S. Antonipillai (*pro hac vice* application to be filed)
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email: Justin.Antonipillai@aporter.com

*Counsel for American Capital Strategies, Ltd.*

**SO ORDERED** on this _26th_ day of _September_, 2012.

_____
KAREN M. WILLIAMS
United States Magistrate Judge

---

AV, LLC – Series C (GGC Co-Invest); CCG AV, LLC – Series I (Bain); CCG AV, LLC – Series K (K&E); CCG AV, LLC – Series K; Stefan Kaluzny; and Joshua Olshansky.