IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>APPLESEED'S INTERMEDIATE HOLDINGS LLC, *et al.*,<br><br>Debtors. | Case No. 11-10160 (KG)<br><br>Chapter 11<br>(Jointly Administered) |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Golden Gate Private Equity, Inc., a Delaware corporation, *et al.*,<br><br>Defendants. | Civil Action No. 11-807 (JEI/KM)<br><br>JURY TRIAL DEMANDED |

**CERTIFICATION OF COUNSEL REGARDING
SERVICE OF ORDER UPON KARINN KELLY**

Carl N. Kunz, III, Esq., ("Counsel") hereby certifies as follows:

1. On July 31, 2012, Counsel filed a *Motion of Morris James LLP to Withdraw as Counsel to Karinn Kelly* (D.I. 91) (the "Motion), seeking to withdraw as counsel to Ms. Kelly.

2. On September 7, 2012, this Court entered an Order (D.I. 110) (the "Order") indicating that the Court would hold a hearing on the Motion on October 12, 2012 at 3:30 p.m. at which Ms. Kelly was required to appear telephonically. As part of the Order, Counsel was directed to send Ms. Kelly a copy of the Order by regular and certified mail, return receipt requested, and file proof of service upon Ms. Kelly not later than October 7, 2012 along with a copy of all related correspondence to Ms. Kelly.

3. On September 10, 2012, a copy of the Order was sent by Counsel's paralegal to Ms. Kelly by regular and certified mail, return receipt requested. A copy of the transmittal

5898414/1

envelopes, U.S. Postal Service confirmation of delivery and signed return receipt is attached hereto as **Exhibit A**.

4. On September 11, 2012, Counsel prepared written correspondence to Ms. Kelly, and again sent a copy of the correspondence and Order, via regular and certified mail, return receipt requested, to Ms. Kelly. A copy of the correspondence, together with proof of mailing to Ms. Kelly and U.S. Postal Service confirmation of delivery, is attached hereto as **Exhibit B**. The green card from this packet has not been received.

5. On October 2, 2012, Counsel sent an email to Ms. Kelly, together with a copy of all September 11 correspondence, attempting to confirm that Ms. Kelly had received all correspondence, notwithstanding Counsel's failure to receive the signed green card from the September 11 packet. A copy of Counsel's email, together with the related attachments, is attached hereto as **Exhibit C**.

6. Also on October 2, 2012, Counsel received a reply email from Ms. Kelly, confirming that she had received the correspondence. A copy of Ms. Kelly's email to Counsel is attached as **Exhibit D**.

Dated: October 5, 2012

MORRIS JAMES LLP

_____
Carl N. Kunz, III (DE Bar #3201)
Courtney R. Hamilton (DE Bar # 5432)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

*Counsel to Karinn Kelly*