# EXHIBIT A

1633608

**CERTIFIED MAIL**™

7004 1160 0005 7604 5224
7004 1160 0005 7604 5224

PS Form 3800, June 2002

See Reverse for Instructions

Sent To
Karinn Kelly

Street, Apt. No.;
or PO Box No.
605 Redstone Blvd.

City, State, ZIP+4
Redstone CO 81623

Total Postage & Fees $

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Certified Fee

Postage $

Postmark
Here

**OFFICIAL USE**

U.S. Postal Service™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

FIRST·CLASS

FIRST·CLASS

# FIRST CLASS

Morris James LLP
500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306

**TO:**

Karinn Kelly
605 Redstone Boulevard
Redstone, CO 81623

FIRST·CLASS

FIRST·CLASS

FIRST·CLASS

FIRST·CLASS

FIRST·CLASS

FIRST·CLASS

CLASS



# FIRST CLASS MAIL

MorrisJames<sub>LLP</sub>

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306

TO:

Karinn Kelly
605 Redstone Boulevard
Redstone, CO 81623












    

**ER:** *COMPLETE THIS SECTION*

ıplete items 1, 2, and 3. Also complete
4 if Restricted Delivery is desired.
t your name and address on the reverse
hat we can return the card to you.
ch this card to the back of the mailpiece,
n the front if space permits.

le Addressed to:

‹arinn Kelly
005 Redstone Blvd.
edstone, CO 81623

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

le Number
ısfer from service label)      7004  1160  0005  7604  5224

m **3811**, February 2004         Domestic Return Receipt         102595-02-M-1540

**FIRST CLASS MAIL**

  



FIRST CLASS MAIL

MorrisJames LLP
500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306

TO:

Karinn Kelly
605 Redstone Blvd
Redstone, CO 81623



 



$ 06.20⁰

14 1160 0005 7604 5224
14 1160 0005 7604 5224

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees | $ | 6.26

Postmark Here

# FIRST CLASS MAIL











Morris James LLP
500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306

TO:

Karinn Kelly
605 Redstone Boulevard
Redstone, CO 81623

      















Case 1:11-cv-00807-JEI-KW   Document 115-1   Filed 10/05/12   Page 8 of 9 PageID #: 2490

English          Customer Service        USPS Mobile                                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools                    Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70041160000576045224 | | Delivered | September 14, 2012, 9:52 am | CARBONDALE, CO 81623 | Certified Mail™ |
| | | Arrival at Unit | September 14, 2012, 8:26 am | CARBONDALE, CO 81623 | |
| | | Depart USPS Sort Facility | September 13, 2012 | DENVER, CO 80266 | |
| | | Processed through USPS Sort Facility | September 13, 2012, 6:14 pm | DENVER, CO 80266 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**

Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**

Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**

About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**

Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS  All Rights Reserved.



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Karinn Kelly
605 Redstone Blvd.
Redstone, CO 81623

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Karin Kelly_  ☐ Agent  ☑ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
9-14-12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 1160 0005 7604 5224

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540