# EXHIBIT B

1633608

# Morris James LLP

Carl N. Kunz, III
302-888-6811
ckunz@morrisjames.com

September 11, 2012

*VIA FIRST CLASS MAIL and*
*VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED*
*— 7009 0820 0000 01999 4533*

Karinn Kelly
605 Redstone Boulevard
Redstone, CO  81623

Re: *In re Appleseed's Intermediate Holdings LLC, et al.,* **Chapter 11,**
    **Case No. 11-10160 (KG)**
    *Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust v. Golden*
    *Gate Private Equity, Inc., et al.,* **Adv. Pro. No. 11-51847**

Dear Karinn:

I enclose for your review a copy of Magistrate Judge Williams' September 7, 2012 Order that was posted on the docket on Monday, September 10, 2012.

The Order references the Motion filed by my firm to withdraw as your counsel in the above-captioned matter and sets the Motion for a hearing on October 12, 2012 at 3:30 p.m. (Eastern Time).  In the Order, Magistrate Judge Williams has directed you to appear at the hearing *telephonically*.  As soon as I have instructions about how you can dial into the hearing – or if I am asked by the Court to set up the telephonic connection – I will provide you with dial-in instructions via email immediately.

I am directing this letter to you via regular mail and certified mail, return receipt requested, as Magistrate Judge Williams has required in her Order.

Very truly yours,

Carl N. Kunz, III
(DE Bar ID No. 3201)

CNK/rs

Enclosure

5704614/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

ROBERT N. MICHAELSON, et al.,          :

            Plaintiffs,          :

      v.          :          Civil No. 11-807-JEI-KMW

JEFFREY D. FARMER, et al.,          :

            Defendants.          :

---

### ORDER

This matter comes before the Court by way of motion of counsel for Defendant, Karinn Kelly, seeking to withdraw as counsel;

IT IS this **7th** day of **September, 2012**,

**ORDERED** that a hearing on this motion shall be held on **October 12, 2012 at 3:30 p.m.** in Courtroom 5C; and it is further

**ORDERED** that Defendant, Karinn Kelly, must appear by telephone at this motion hearing. Counsel for Defendant shall notify Defendant of the hearing via regular and certified mail, return receipt requested, immediately upon receipt of this Order. A copy of this Order shall also be provided to Defendant. Counsel must file with the Court a copy of the correspondence providing notice along with proof of service on or before **October 7, 2012**.

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc:  Hon. Joseph E. Irenas



UNITED STATES POSTAGE
$ 06.20°
PITNEY BOWES
02 1A
0004335734    SEP 11 2012
MAILED FROM ZIP CODE 19801

CERTIFIED MAIL™

7009 0820 0000 0199 4533
7009 0820 0000 0199 4533

SS MAIL

ames LLP
ENUE, SUITE 1500
X 2306
AWARE 19899-2306

TO:  Karinn Kelly
     605 Redstone Boulevard
     Redstone, CO 81623

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 90 |
| Certified Fee | 2.95 | Postmark |
| Return Receipt Fee (Endorsement Required) | 2.35 | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.20 |

Sent To  Karinn Kelly
Street, Apt. No.; or PO Box No.  605 Redstone Boulevard
City, State, ZIP+4  Redstone CO  81623

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Karinn Kelly
605 Redstone Boulevard
Redstone, CO  81623

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      □ Agent
                                       □ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:  □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)

7009 0820 0000 0199 4533

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



UNITED STATES POSTAGE
$ 00.90⁰
PITNEY BOWES
02 1A
0004335734
MAILED FROM ZIP CODE 19801

# FIRST CLASS MAIL



**Morris James** LLP
500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306

TO:  Karinn Kelly
605 Redstone Boulevard
Redstone, CO  81623

        

English        Customer Service        USPS Mobile                                          Register / Sign In

USPS.COM

Search USPS.com or Track Packages

| Quick Tools | | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70090820000001994533 | | Delivered | September 21, 2012, 9:22 am | CARBONDALE, CO 81623 | Certified Mail™ |
| | | Notice Left | September 15, 2012, 11:21 am | CARBONDALE, CO 81623 | |
| | | Depart USPS Sort Facility | September 14, 2012 | DENVER, CO 80266 | |
| | | Processed through USPS Sort Facility | September 14, 2012, 4:57 pm | DENVER, CO 80266 | |

## Check on Another Item

What's your label (or receipt) number?

Find

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.