# EXHIBIT D

1633608

## Kunz, Chuck

**From:** karinn Bostwick [karinnkb@yahoo.com]
**Sent:** Tuesday, October 02, 2012 10:19 AM
**To:** Kunz, Chuck
**Subject:** Re: Appleseeds

yes...thank you..I did receive them.

**From:** "Kunz, Chuck" <CKunz@morrisjames.com>
**To:** "karinnkb@yahoo.com" <karinnkb@yahoo.com>
**Sent:** Tuesday, October 2, 2012 7:51 AM
**Subject:** Appleseeds

Karinn. Just wanted to make sure you had received these attachments by certified mail since I need to prove to the court that the order was served on you.

Please confirm that you have received this email and their attachments. Thanks.

Chuck