IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>APPLESEED'S INTERMEDIATE HOLDINGS LLC, *et al.*,<br><br>Debtors. | Case No. 11-10160 (KG)<br><br>Chapter 11<br>(Jointly Administered) |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>Golden Gate Private Equity, Inc., a Delaware corporation, *et al.*,<br><br>Defendants. | Civil Action No. 11-807 (JEI/KM) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 5, 2012, I caused to be served:

**CERTIFICATION OF COUNSEL REGARDING
SERVICE OF ORDER UPON KARINN KELLY**

The filing was electronically filed with the CM/ECF system for the United States District Court for the District of Delaware, and thereby served on all registered parties. Additionally, a copy of the filing was served upon the party on the attached service list as indicated thereon.

Date:  October 5, 2012

_____
William W. Weller

**SWORN AND SUBSCRIBED** before me this 5th day of October, 2012.

_____
Notary

[Notary Seal: JULIE L. FIELDER, MY COMMISSION EXPIRES DEC 22, 2012, NOTARY PUBLIC, STATE OF DELAWARE]

5898984/1

| **VIA FIRST CLASS MAIL**<br>Karinn Kelly<br>605 Redstone Boulevard<br>Redstone, CO 81623 | |

5898984/1