IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT N. MICHAELSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEFFREY D. FARMER, et al.,<br><br>    Defendants. | Civil No. 11-807-JEI-KMW |

## **ORDER**

This matter comes before the Court by way of motion of counsel for Defendant Karinn Kelly ("Defendant Kelly"), seeking to withdraw as counsel (Doc. No. 91);

IT IS this **12th** day of **October, 2012**,

**ORDERED** that a hearing on this motion shall be held on **November 16, 2012 at 11:30 a.m.** in Courtroom 5C; and it is further

**ORDERED** that Defendant Kelly's attendance at this motion hearing is mandatory.  Counsel for Defendant Kelly shall notify Defendant Kelly of the hearing and file documentation confirming said notification.

                                                s/ Karen M. Williams
                                                KAREN M. WILLIAMS
                                                United States Magistrate Judge

cc:  Hon. Joseph E. Irenas