IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT N. MICHAELSON, et al., | |
| Plaintiffs, | |
| v. | Civil No. 11-807-JEI-KMW |
| JEFFREY D. FARMER, et al., | |
| Defendants. | |

### **AMENDED SCHEDULING ORDER**

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **November 13, 2012**; and the Court noting the following appearances:

- Howard A. Cohen, Esquire, and Michael Klein, Esquire, appearing on behalf of the plaintiffs;

- Sander Bak, Esquire, and Drew Gerard Sloan, Esquire, appearing on behalf of the defendants Golden Gate Private Equity Inc., Golden Gate Capital Management II LLC, GGC Administration LLC, Orchard Brands Corporation, Orchard Brands Topco LLC, Catalog Holdings LLC, Catalog Holdings LLC-Series B, Catalog Holdings LLC-Series C, Catalog Holdings LLC-Series D, Catalog Holdings LLC-Series E, Golden Gate Capital Investment Fund II LP, Golden Gate Capital Investment Fund II (AP) LP, Golden Gate Capital Associates II-QP LLC, Golden Gate Capital Associates II-AI LLC, CCG AV LLC, CCG AV LLC-Series C, CCG AV LLC-Series I, CCG AV LLC-Series K, CCG AV LLC-Series K (K&E), Joshua Olshansky, Stefan Kaluzny, Jim Brewster, Charles Slaughter, and Geralynn, Madonna;

- David M. Fournier, Esquire, and Michael J. Pappone, Esquire, appearing on behalf of defendants Webster Capital Founders Fund LP, Webster II LLC, Webster III LLC;

- Carl N. Kunz, III, Esquire, appearing on behalf of defendant Karinn Kelly;

- Earle M. Forte, Esquire, appearing on behalf of defendants Jeffrey D. Farmer, Bradford J. Farmer, Brent Bostwick, and Vito Kowalchuk; and

- Brett Carroll, Esquire, and Eric D. Schwartz, Esquire, and appearing on behalf of third-party Defendant Brenda Koskinen;

IT IS this **13th** day of **November, 2012**, hereby **ORDERED**:

1. The hearing on counsel for Defendant Karinn Kelly's motion to withdraw as counsel set for **November 16, 2012 at 11:30 a.m.** is hereby **adjourned**. A hearing on counsel for Defendant Karinn Kelly's motion to withdraw as counsel shall be held on **December 7, 2012 at 9:30 a.m. in Courtroom 5C**.

2. The Court will conduct a telephone status conference on **December 5, 2012 at 9:30 a.m.** Counsel for plaintiffs shall initiate the call.

3. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                  s/ Karen M. Williams
                                  KAREN M. WILLIAMS
                                  United States Magistrate Judge

cc:   Hon. Joseph E. Irenas