**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Appleseed's Intermediate Holdings, LLC, *et al.*, | ) ) ) ) | |
| Debtors. | ) ) | Case No. 11-10160 (KG) |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 11-807 (JEI/KMW) |
| Golden Gate Private Equity, Inc., a Delaware Corporation, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |
| Golden Gate Private Equity, Inc., *et al.*, | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust, | ) ) ) ) | |
| Counterclaim Defendant. | ) ) ) | |

| | |
|---|---|
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | ) ) ) |
| Cross Claim Plaintiffs, | ) ) |
| v. | ) ) |
| Golden Gate Private Equity, Inc., *et al.,* | ) ) ) ) |
| Cross Claim Defendants. | ) ) |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk, | ) ) ) |
| Third Party Plaintiffs, | ) ) |
| v. | ) ) |
| T. Neale Attenborough, Brenda Koskinen, *et al.* and Doe Defendants 1-15, | ) ) ) |
| Third Party Defendants. | ) ) |

**AMENDED SIXTH STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO CROSS CLAIMS AND THIRD PARTY COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the time for all Cross Claim Defendants[1] and Third Party Defendants[2] to answer, plead, move or otherwise respond to the June 13, 2012 Cross Claims And Third Party

---

[1] The "Cross Claim Defendants" are: Golden Gate Private Equity, Inc.; Golden Gate Capital Management II., L.L.C.; GGC Administration, L.L.C.; Orchard Brands Corporation f/k/a Appleseed's Topco, Inc. n/k/a/ OBC Intermediate LLC; Orchard Brands Topco LLC n/k/a OBC Topco LLC; Catalog Holdings, LLC, and Series thereof, including, without limitation, Catalog Holdings LLC - Series B (Draper's), Catalog Holdings LLC - Series C (Appleseed's), Catalog Holdings LLC - Series D (NTO) and Catalog Holdings LLC - Series E (Haband); Golden Gate Capital Investment Fund II, L.P.; Golden Gate Capital Investment Fund II (AI), L.P.; Golden Gate Capital Associates II-QP, L.L.C.; Golden Gate Capital Associates II-AI, L.L.C.; CCG AV, L.L.C., and all Series thereof, including, but not limited to, CCG AV, L.L.C. - Series C (GGC Co-Invest), CCG AV, L.L.C. - Series I (Bain), CCG AV, L.L.C. - Series K (K&E) and CCG AV, L.L.C. - Series K; Webster Capital Founders' Fund, L.P.; Webster II, L.L.C.; Webster III, L.L.C.; Stefan Kaluzny; and Joshua Olshansky.

[2] The "Third Party Defendants" are: T. Neale Attenborough; Brenda Koskinen; Claire Spofford; John Civali; Dave Walde; American Capital Strategies, Ltd.; and Doe Defendants 1-15 (names and capacities to be provided on Amendment).

900200.00001/22180640v.1
B4028311.v1

Complaint Of The FBK Defendants, is extended to and including January 3, 2013. This Stipulation applies to all Cross Claim Defendants and Third Party Defendants, whether or not such party has signed this stipulation or otherwise entered its appearance.

No party waives any right, argument, or objection, including, but not limited to objections based on venue or personal jurisdiction, as a result of this Stipulation.

Dated: December 3, 2012

*[Counsels' signature page follows]*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **BLANK ROME LLP** |
| ___/s/ Drew G. Sloan_____ | ___/s/ Elizabeth A. Sloan_____ |
| Mark D. Collins (No. 2981) | Elizabeth A. Sloan (No. 5045) |
| Robert J. Stearn, Jr. (No. 2915) | Victoria A. Guilfoyle (No. 5183) |
| Drew G. Sloan (No. 5069) | 1201 N. Market Street, Suite 800 |
| One Rodney Square | Wilmington, DE  19801 |
| 920 North King Street | Telephone:  (302) 425-6472 |
| Wilmington, Delaware 19801 | Facsimile:  (302) 425-6464 |
| Telephone: (302) 651-7700 | E-Mail: Sloan@blankrome.com |
| Facsimile: (302) 651-7701 |             Guilfoyle@blankrome.com |
| Email: Collins@rlf.com | |
|         Stearn@rlf.com | -and- |
|         Sloan@rlf.com | |
| | BLANK ROME LLP |
|          -and- | Ian M. Comisky |
| | Earl M. Forte |
| MILBANK, TWEED, HADLEY & McCLOY LLP | One Logan Square |
| Sander Bak *(pro hac vice)* | 130 North 18th Street |
| Linda Dakin-Grimm *(pro hac vice)* | Philadelphia, PA  19103 |
| I Chase Manhattan Plaza, 46th Floor | Telephone:  (215) 569-5500 |
| New York, New York 10005 | E-mail:  Comisky-im@blankrome.com |
| Telephone: (212) 530-5000 |             forte@blankrome.com |
| Facsimile: (212) 530-5219 | |
| Email: ldakin-grimm@milbank.com | *Counsel for Defendants Jeffrey Farmer, Brent Bostwick, Bradford Farmer and Vito Kowalchuk* |
|         sbak@milbank.com | |
| | |
| Robert J. Moore *(pro hac vice)* | **MACAULEY LLC** |
| 601 S. Figueroa Street, 30th Floor | |
| Los Angeles, California 90017 | ___/s/ Thomas G. Macauley_____ |
| Telephone: (213) 892-4000 | Thomas G. Macauley (No. 3411) |
| Facsimile: (213) 629-5063 | 300 Delaware Avenue, Suite 760 |
| Email: rmoore@milbank.com | Wilmington, DE 19801 |
| | Telephone:  (302) 656-0100 |
| *Counsel for The GGC Defendants,[3] T. Neale Attenborough, Claire Spofford and John Civali* | E-mail:  tm@macdelaw.com |

---

[3] The "GGC Defendants" are the following entities and individuals:  Golden Gate Private Equity, Inc.; Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation (formally known as Appleseed's Topco, Inc.); Orchard Brands Topco LLC; Catalog Holdings, LLC; Catalog Holdings, LLC – Series B (Draper's); Catalog Holdings, LLC – Series C (Appleseed's); Catalog Holdings, LLC – Series D (NTO); Catalog Holdings, LLC – Series E (Haband); Golden Gate Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate Capital Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC; CCG AV, LLC – Series C (GGC Co-Invest); CCG AV, LLC – Series I (Bain); CCG AV, LLC – Series K (K&E); CCG AV, LLC – Series K; Stefan Kaluzny; and Joshua Olshansky.

900200.00001/22180640v.1
B4028311.v1

| | |
|---|---|
| **HOLLAND & KNIGHT**<br>Elizabeth Mitchell<br>Brett Carroll<br>10 Saint James Avenue<br>11th Floor<br>Boston, MA 02116<br>Telephone: 617.523.2700<br>Fax: 617.523.6850<br>Brett.carroll@hklaw.com<br><br>*Counsel for Brenda Koskinen* | and-<br><br>**FOLEY HOAG LLP**<br>Andrew Z. Schwartz (pro hac vice application to be filed)<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1155<br>Facsimile: (617) 832-7000<br>Email: aschwartz@foleyhoag.com<br><br>*Counsel for Dave Walde*<br><br>**ARNOLD & PORTER LLP**<br>Justin S. Antonipillai (pro hac vice application to be filed)<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Email: Justin.Antonipillai@aporter.com<br><br>*Counsel for American Capital Strategies, Ltd.* |

**SO ORDERED** on this _____ day of _____, 2012.

_____
United States Magistrate/District Court Judge