```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| ROBERT N. MICHAELSON, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>JEFFREY D. FARMER, et al.,<br><br>           Defendants. | Civil No. 11-807-JEI-KMW |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **December 5, 2012**; and the Court noting the following appearances:

- Howard A. Cohen, Esquire, and Michael Klein, Esquire, appearing on behalf of the plaintiffs;

- Sander Bak, Esquire, and Robert J. Stearn, Jr., Esquire, appearing on behalf of the defendants Golden Gate Private Equity Inc., Golden Gate Capital Management II LLC, GGC Administration LLC, Orchard Brands Corporation, Orchard Brands Topco LLC, Catalog Holdings LLC, Catalog Holdings LLC-Series B, Catalog Holdings LLC-Series C, Catalog Holdings LLC-Series D, Catalog Holdings LLC-Series E, Golden Gate Capital Investment Fund II LP, Golden Gate Capital Investment Fund II (AP) LP, Golden Gate Capital Associates II-QP LLC, Golden Gate Capital Associates II-AI LLC, CCG AV LLC, CCG AV LLC-Series C, CCG AV LLC-Series I, CCG AV LLC-Series K, CCG AV LLC-Series K (K&E), Joshua Olshansky, Stefan Kaluzny, Jim Brewster, Charles Slaughter, and Geralynn, Madonna;

- David M. Fournier, Esquire, and Michael J. Pappone, Esquire, appearing on behalf of defendants Webster Capital Founders Fund LP, Webster II LLC, Webster III LLC;

- Carl N. Kunz, III, Esquire, appearing on behalf of defendant Karinn Kelly;

- Geoffrey D. Schwartz, Esquire, appearing on behalf of defendants Jeffrey D. Farmer, Bradford J. Farmer, Brent Bostwick, and Vito Kowalchuk;

IT IS this **5th** day of **December, 2012**, hereby **ORDERED:**

1. All discovery deadlines are hereby stayed until January 31, 2013.

2. The oral argument scheduled for Friday, December 7, 2012 is hereby **adjourned.**

3. The Court will conduct a telephone status conference on **January 23, 2013 at 9:30 a.m.** Counsel for plaintiffs shall initiate the call.

4. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc: Hon. Joseph E. Irenas