IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DISPOSITION OF SEALED DOCUMENTS | ) |
| IN CLOSED CIVIL CASES | ) |
| | ) |

## **O R D E R**

WHEREAS, it is the policy of this Court to transfer non-sealed and non-expunged paper records to the National Archives and Records Administration (NARA) in accordance with the Records Disposition Program established by the Judicial Conference of the United States pursuant to 28 U.S.C. Section 457, and the Records Management Procedures Manual established by The Administrative Office of the United States Courts; and

WHEREAS, it is the practice of the Clerk of Court to transfer the paper case records to the National Archives and Records Administration (NARA) after they have been maintained in this Court for a minimum period of six months after the final disposition of the case; and

WHEREAS, during the course of proceedings there may be instances when parties file confidential papers under seal, or documents containing privacy information pursuant to the Privacy Policy of the Judicial Conference of the United States;

NOW THEREFORE, at Wilmington, this 8th day of Jan., 2013,

IT IS ORDERED THAT:

1. Upon review of a closed civil case containing confidential paper records, the Clerk shall notify the parties that the sealed documents will be surrendered to the filing parties on a stated date, and that the parties shall make arrangements to receive them

at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender the sealed documents to the filing parties.

3. Should the filing parties fail to make arrangements for claiming the sealed documents for which they have received notice, said documents shall be unsealed and thereafter either be forwarded to the NARA in accordance with the Records Disposition Program, or electronically added to the Court docket.

4. All sealed case documents shall remain under seal until disposed of in accordance with this order or other order of the Court.

5. The Clerk shall securely retain all sealed documents originated by the Court.

6. The Clerk has the discretion to retain sealed documents in situations where it is impossible or impractical to return them to a filer and obtain a receipt.

FOR THE COURT:

_____
Chief Judge